# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE: J
PAGE OF PAGES: 1 | 5

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00001 | 20-Dec-2005 | W91XRV 5246 0399 | |

6. ISSUED BY CODE DASA02
ARCENT-KU-CONTRACTING OFFICE
US ARMY CENTRAL COMMAND-KU
ATTN: DIRECTORATE OF CONTRACTING
APO AE 09366

7. ADMINISTERED BY (If other than item 6) CODE W912D1
U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BLDG 218 ATTN:MR. SCHENK 965-389-2334
CP ARIFJAN AE 09366

8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)
SERAPHIM TRANSPORT CO
MICHAEL D. HIGHTOWER
18507-21ST STREET, KPN
P.O. BOX 273
LAKE,BAY WA 98349-0273
LAKEBAY, WA 98349-0273

CODE 422XJ1 FACILITY CODE

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MOD. OF CONTRACT/ORDER NO. W912D1-06-C-0018

X 10B. DATED (SEE ITEM 13) 19-Dec-2005

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN ...ECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, ...ided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Is to adjust the funding of the call and place the correct amount of the order

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Michael D. Hightower

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
COCKERHAM, JOHN L. MAJ / CONTRACTING OFFICER
TEL: 011-965-389-2136 EMAIL: john.cockerham@arifjan.arcent.army.mil

15B. CONTRACTOR/OFFEROR [signature]
(Signature of person authorized to sign)

15C. DATE SIGNED
21 Dec 05

16B. UNITED STATES OF AMERICA
BY John L. Cockerham
(Signature of Contracting Officer)

16C. DATE SIGNED
20-Dec-2005

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Seraphim0038

EXHIBIT B

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $3,500,002.00 from $0.00 to $3,500,002.00.

SUPPLIES OR SERVICES AND PRICES

CLIN 1001

This CLIN has been renumbered to CLIN 1000.

The CLIN extended description has changed from This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery. Period of performance is as neededPOC is Major Derrick Shoemake at 389-5601, Please see terms of SOP to This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery. Period of performance is as neededPOC is Major Derrick Shoemake at 389-5601, Please see terms of SOP Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001..

The pricing detail quantity 608,696.00 has been added.

The unit price amount $5.75 has been added.

The total cost of this line item has increased by $3,500,002.00 from UNDEFINED to $3,500,002.00.

CLIN 1001 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | | Case | $0.00 | $0.00 |
| OPTION | BPA Bottle Water | | | | |

FFP
This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.
Period of performance is as needed
POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP
Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

CLIN 1002 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1002 | | | Case | $0.00 | $0.00 |
| OPTION | BPA Bottle Water | | | | |

FFP
This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.
Period of performance is as needed
POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP
Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

CLIN 1003 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1003 | | | Case | $0.00 | $0.00 |
| OPTION | BPA Bottle Water<br>FFP<br>This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".<br>The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.<br>Period of performance is as needed<br>POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP<br>Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001. | | | | |

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

CLIN 1004 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1004 | | | Case | $0.00 | $0.00 |
| OPTION | Bottle Water Delivery to Iraq<br>FFP<br>This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".<br>The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.<br>Period of performance is as needed<br>POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP<br>Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001. | | | | |

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $13,499,998.00 from $17,000,000.00 to $3,500,002.00.

CLIN 1000:

AA: 216 2010.0000 01-1100 4X2A00 26EB VIRQ S12120 was decreased by $13,499,998.00 from $17,000,000.00 to $3,500,002.00

DELIVERIES AND PERFORMANCE

The following Delivery Schedule Item has been deleted from CLIN 1001:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-DEC-2005 TO 01-DEC-2008 | N/A | CFLCC C4<br>SHOEMAKE, DERRICK<br>CAMP ARIFJAN<br>KUWAIT AE 09366<br>430-5601<br>FOB: Destination | |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for CLIN 1001:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for CLIN 1002:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for CLIN 1003:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for CLIN 1004:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)

| | | | |
|---|---|---|---|
| P00001 | 20-Dec-2005 | W91ARV 8240 0389 | |
| 6. ISSUED BY CODE | DASA02 | 7. ADMINISTERED BY (If other than item 6) CODE | W912D1 |
| ARCENT-KU-CONTRACTING OFFICE<br>US ARMY CENTRAL COMMAND-KU<br>ATTN: DIRECTORATE OF CONTRACTING<br>AE 09366 | | U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT<br>HQ BLDG 218 ATTN:MR. SCHENK 965-389-2334<br>CP ARIFJAN AE 09366 | |

| | | |
|---|---|---|
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code)<br>SERAPHIM TRANSPORT CO<br>MICHAEL D. HIGHTOWER<br>18507-21ST STREET, KPN<br>P.O. BOX 273<br>LAKE BAY WA 98349-0273<br>LAKEBAY, WA 98349-0273 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO.<br>W912D1-06-C-0018 |
| CODE 422XJ1 FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>19-Dec-2005 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN ...CTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, ...ded each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

**See Schedule**

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

☐ A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

☐ B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

☐ C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Is to adjust the funding of the call and place the correct amount of the order

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Michael D. Hightower | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>COCKERHAM, JOHN L. MAJ / CONTRACTING OFFICER<br>TEL: 011-965-389-2136 EMAIL: john.cockerham@arifjan.arcent.army.mil | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>21 Dec 05 | 16B. UNITED STATES OF AMERICA<br>BY John L. Cockerham<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>20-Dec-2005 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

SECTION SF 1449 - CONTINUATION SHEET

SOLICITATION/CONTRACT FORM

The total cost of this contract was increased by $3,500,002.00 from $0.00 to $3,500,002.00.

SUPPLIES OR SERVICES AND PRICES

CLIN 1001

This CLIN has been renumbered to CLIN 1000.

The CLIN extended description has changed from This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery. Period of performance is as neededPOC is Major Derrick Shoemake at 389-5601, Please see terms of SOP to This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery. Period of performance is as neededPOC is Major Derrick Shoemake at 389-5601, Please see terms of SOP Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001..

The pricing detail quantity 608,696.00 has been added.

The unit price amount $5.75 has been added.

The total cost of this line item has increased by $3,500,002.00 from UNDEFINED to $3,500,002.00.

CLIN 1001 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | | Case | $0.00 | $0.00 |
| OPTION | BPA Bottle Water<br>FFP<br>This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".<br>The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.<br>Period of performance is as needed<br>POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP<br>Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001. | | | | |

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

CLIN 1002 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1002 | | | Case | $0.00 | $0.00 |
| OPTION | BPA Bottle Water<br>FFP<br>This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".<br>The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.<br>Period of performance is as needed<br>POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP<br>Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001. | | | | |

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

CLIN 1003 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1003 | | | Case | $0.00 | $0.00 |
| OPTION | BPA Bottle Water | | | | |

FFP
This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.
Period of performance is as needed
POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP
Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

CLIN 1004 is added as follows:

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1004 | | | Case | $0.00 | $0.00 |
| OPTION | Bottle Water Delivery to Iraq | | | | |

FFP
This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.
Period of performance is as needed
POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP
Calls and MODs will be made as needed as water is requested. Each Clins corespond to each call for this company. Delivery Order 1001 is equal to Clins 1001.

NET AMT $0.00

Funded Amount $0.00

FOB: Destination

ACCOUNTING AND APPROPRIATION

Summary for the Payment Office

As a result of this modification, the total funded amount for this document was decreased by $13,499,998.00 from $17,000,000.00 to $3,500,002.00.

CLIN 1000:

AA: 216 2010.0000 01-1100 4X2A00 26EB VIRQ S12120 was decreased by $13,499,998.00 from $17,000,000.00 to $3,500,002.00

DELIVERIES AND PERFORMANCE

The following Delivery Schedule Item has been deleted from CLIN 1001:

| DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|
| POP 01-DEC-2005 TO 01-DEC-2008 | N/A | CFLCC C4<br>SHOEMAKE, DERRICK<br>CAMP ARIFJAN<br>KUWAIT AE 09366<br>430-5601<br>FOB: Destination | |

INSPECTION AND ACCEPTANCE

The following Acceptance/Inspection Schedule was added for CLIN 1001:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for CLIN 1002:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for CLIN 1003:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

The following Acceptance/Inspection Schedule was added for CLIN 1004:

| INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|
| N/A | N/A | N/A | Government |

(End of Summary of Changes)