IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERAPHIM TRANSPORT CO., Plaintiff, | ) | |
| v. | ) | Case No. 07-359C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Ellen M. Lynch, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12072
Washington, D.C. 20530
Phone: (202) 353-7994
Fax: (202) 514-8624
Email: Ellen.Lynch@usdoj.gov

Attention: Classification Unit
8th Floor

s/Ellen M. Lynch
Ellen M. Lynch
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

Dated: June 15, 2007

CERTIFICATE OF FILING

I hereby certify that on this 15th day of June, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Ellen M. Lynch