**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SERAPHIM TRANSPORT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-359C |
| v. | ) | (Judge Francis M. Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 60-day enlargement of time, to and including October 5, 2007, to file a response to the complaint. Our response is currently due on August 6, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

The enlargement is requested because the undersigned counsel of record for defendant recently received a litigation report from the interested agency, the United States Army, as required by 28 U.S.C. § 520. The additional time is necessary to allow sufficient time for counsel of record to review the litigation report and prepare the Government's response to the complaint.

Additionally, the enlargement is requested because of counsel of record's current workload, which includes three newly transferred consolidated cases that are in the discovery phase before Judge Williams, Blue Lake Forest Products, Inc. v. United States, Fed. Cl. No. 01-570C; Timber Products Company v. United States, Fed. Cl. No. 01-627C; and CLR Timber Holdings, Inc. v. United States, Fed. Cl. No. 04-501C, and answering complaints in Insurance

Company of the West v. United States, Fed. Cl. No. 07-395C, due on August 17, 2007, and Mathis v. United States, Fed. Cl. No. 07-07-392C, also due on August 17, 2007.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 60 days, to and including October 5, 2007, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/ Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

July 27, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 27th day of July, 2007, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Ellen M. Lynch
Ellen M. Lynch