# In The United States Court of Federal Claims

No. 07-359C

(Filed: August 8, 2007)

SERAPHIM TRANSPORT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On July 27, 2007, defendant filed an unopposed motion seeking an enlargement of time of sixty days, to and including October 5, 2007, in which to file its response to plaintiff's complaint. Defendant's motion is hereby **GRANTED**. **No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge