# INDEX TO THE APPENDIX

Solicitation/Contract/Order For Commercial Items,
issued November 10, 2005 .......... 1

Seraphim Transport Company's Proposal .......... 27

**SOLICITATION/CONTRACT/ORDER FOR ( )MERCIAL ITEMS**
*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: W91XRV 5246 0399
PAGE 1 OF 26

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| W912D1-06-C-0018 | 01-Dec-2005 | | W912D1-06-R-0017 | 10-Nov-2005 |

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: COCKERHAM, JOHN L. MAJ
b. TELEPHONE NUMBER (No Collect Calls): 011-965-389-2136
8. OFFER DUE DATE/LOCAL TIME: 12:00 AM 15 Nov 2005

9. ISSUED BY — CODE W912D1
U.S. ARMY CONTRACTING COMMAND SWA-KUWAIT
HQ BLDG 216 ATTN:MR. SCHENK 965-389-2334
CP ARIFJAN AE 09366

TEL: 011-965-389-2334
FAX: 011-965-389-2333

10. THIS ACQUISITION IS
[X] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS: 312112
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS
.05% if paid in 3 days of invoicing

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE
CFLCC C4
SHOEMAKE, DERRICK
CAMP ARIFJAN
KUWAIT AE 09366

16. ADMINISTERED BY — CODE

**SEE ITEM 9**

17a. CONTRACTOR/ OFFEROR — CODE 422XJ1
SERAPHIM TRANSPORT CO
MICHAEL D. HIGHTOWER
18507-21ST STREET, KPN
P.O. BOX 273
LAKE,BAY WA 98349-0273
LAKEBAY, WA 98349-0273

TEL. 965-694-0063
FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE S09076
ARCENT-KU-FINANCE SUPPORT UNIT
ATTN: COMMERCIAL ACCOUNTS
011-965-389-1396
APO AE 09366

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA
**See Schedule**

26. TOTAL AWARD AMOUNT (For Govt. Use Only)
**$0.00**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN COPIES
[ ] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE
[ ] OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)
John L. Cockerham

31c. DATE SIGNED
19-Dec-2005

30b. NAME AND TITLE OF SIGNER
(TYPE OR PRINT)

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT)
COCKERHAM, JOHN L. MAJ / CONTRACTING OFFICER
TEL: 011-965-389-2136 EMAIL: j

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED)**



| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: ____________

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| | | |

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|
| | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* | |
|---|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* | |
| | | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV 4/2002) BACK
Prescribed by GSA
FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

STATEMENT OF WORK

**TERMS AND CONDITIONS**

**BLANKET PURCHASE AGREEMENT (BPA)**

**1. AUTHORITY:** This Blanket Purchase Agreement is entered into under the authority of 10 USC 2304 and the Federal Acquisition Regulation Part 13.303, Blanket Purchase Agreement.

**2. DEFINITION:** A blanket purchase agreement (BPA) is a simplified method of filling anticipated repetitive needs for supplies or services by establishing "charge accounts" with qualified sources of supply.

**3. DESCRIPTION OF AGREEMENT:** The Vendor shall supply and deliver CENTCOM approved cases of bottled water (24 each 0.5 liter bottle per case) and (12 each, 1.5 liter bottles per case) or other sizes as required to locations in Iraq if and when requested by a contracting officer (or the authorized representative of the contracting Officer) during a one (1) year period of time. Only a Contracting Officer shall conduct negotiations or solicitations for prices and additional requirements. Supplies and services shall be identified on individual purchases (call). A contracting officer or their authorized representative shall designate locations.

**Note:** To get the quoted rate we agreed to a minimum of 6-month delivery period with the vendor, ________________________provided the contractor meet or exceed the call requirements.

(a) Either party may modify or may cancel this Agreement, including paragraphs a and b hereof, in its entirety by submitting a thirty (30) days written notice to the other party, except that the Government may cancel this agreement at any time if the parties fail to agree upon any deletion, amendment or addition, a statue, Executive Order, the FAR and/or this Supplement requires. No deletion, modification, addition to or cancellation of this Agreement shall affect any contracts therefore entered into between the parties in which this Agreement or portion thereof has been incorporated by reference.

(b) This Agreement shall be reviewed, as a minimum, annually before the anniversary of its effective date and revised to conform to all requirements of statues, Executive Orders, or the FAR and FAR Supplements. An agreement modifying the BPA or the issuance of a superseding BPA shall reference this BPA.

**4. EFFECTIVE PERIOD:** The effective period of this agreement is one (1) years from the date of the Agreement, unless the Contracting Officer or the Contractor sooner withdraws in writing. Any termination will require a minimum of thirty (30) days written notice to either party addressed herein except as set forth in paragraph 3a above.

**5. EXTENT OF OBLIGATION:** The Government is obligated only to the extent of authorized calls (made vial verbal, emails, faxes) actually placed against this blanket purchase agreement and the vendor delivers and receipt and accepts by the Government. The Government shall not be liable in any manner in the event no calls or emails are made. See paragraph 3 (note).

**6. PRICING:**

(a) The vendor hereby warrants the prices offered to the Government shall be as low or lower than those charged the Contractor's most favored customers, for comparable quantities under similar terms and conditions, in addition to any discounts for prompt payment. The vendor shall charge Fair and Reasonable prices for its supplies.

(b) The contractor shall furnish the Contracting Officer and the BPA call officer a price list for items the vendor proposes to furnish under this agreement. The listing must be identified with the BPA number, and must be for a specific period. In some cases, a complete price list may not be possible to develop. In these specific cases, the prices shall be agreed upon prior to the BPA call being placed. If prices are expected to change frequently, the Contractor must provide monthly price lists to arrive in the Contracting Office and BPA call Officer prior to the effective date of the charge.

<u>7. PURCHASE (CALL) LIMITATIONS:</u> When placed by a Contracting Officer, the individual purchase (call) shall not exceed .

<u>8. NOTICE OF INDIVIDUAL AUTHORIZED TO PLACE CALLS:</u> The Contracting Officer will furnish the vendor a list of individuals authorized to purchase under this BPA, identified by title or position, or by name of individual, organizational component, and the dollar limitation per purchase for each position title or individual by separate letter. The vendor shall not honor calls received from personnel not so listed nor will the Government accept any resultant deliveries.

<u>9. CALLS:</u> The vendor shall receive purchase requests (calls) verbally (telephone) or written e-mail or FAX. Vendor personnel receiving such calls verbally should assure themselves that sufficient information is obtained to prepare the delivery ticket as required by paragraph 10 of this agreement. Calls can be made 24-hours a day. Calls made at night should be extremely urgent requirements. Each day as vehicle(s) depart the factory(s) will be categorized as a call. **For Example:** Monday, 5 trucks departed for Iraq, Tuesday 3 trucks departed, etc., Monday will be Convoy Number------- and Quantity of water in Number of cases cases, etc.

<u>10. WARRANTY COVERAGE:</u> The vendor shall warrant that delivered Bottle Water is from a CENTCOM or VETCOM approved source. Any warranty from the bottle water manufacture shall be passed on to the Government. The vendor shall do a one for one exchange for any bottle water that the Government determines to be contaminate anytime prior to the expiration date printed on the Bottle Water Case.

<u>11. DELIVERY SCHEDULE:</u> The Contracting Officer shall designate the Iraq delivery location within the BPA Call. Delivers will be accepted 24-hours every day, however, it is recommended to coordinate with the receiving activity prior to deliveries expected after 1900 hours (7:00PM). The vendor is encouraged to deliver only the quantity purchased of Bottle Water unless other arrangements have been made by the contracting officer or designated representative.

<u>12. PACKAGING</u>

Bottle Water Pallet maximum dimensions for Warehouse Storage Rack Systems are as follows:

Max Width = 48 inches or 102 cm
Max Depth = 42 inches or 107 cm
Max Height = 66 inches or 163 cm Height includes pallet; from ground to top of bottle water).
Each pallet shall have a standard number of cases on it.
**Bottle Water Pallets shall be packaged in accordance with the following specifications:**
**1. A cardboard or similar strength material shall be placed on top of the palletized cases of bottled water.**
**2. The entire pallet (with cardboard material on top of the pallet) shall be wrapped a minimum of 4 (four) times around. Material used for wrapping pallets shall be shrink-wrap type or similar material. The shrink-wrap will secure the cardboard material down on top of the pallet**
**3. The pallet will have a plastic band around the top of the pallet to stabilize the top cases of the pallet.**
**4. American-standard size wooden pallets are recommended for use as the base of the pallet.**
**5. When completely wrapped the pallet must be strong enough to prevent damage to the product in transit, to prevent damage during delivery, and to allow another pallet to be stacked on top of another pallet while in storage.**

**Failing to follow some or all of the above specifications for delivery is grounds for a delivery refusal without any consideration from the government.**

**Vendor will fix any deficiencies with no other consideration given by the Government in return.**

**13. DELIVERY TICKETS:** The Vendor shall provide a Delivery Ticket for each shipment under the agreement. The Delivery Ticket shall contain the following minimum information:

a. Name of Vendor

b. Name of Individual placing the purchase (call)

c. Blanket Purchase Agreement (BPA) number and purchase number (call number). For this BPA, the BPA number is DABM03-03-A-6519. The first call number will be 0001, the second call number will be 0002, etc.

d. Date of purchase (call)

e. Itemized list of supplies furnished

f. Quantity, unit price, and extension of each item less applicable discounts (unit prices and extensions need not be shown when incompatible with the use of automated systems, provided that the invoice is itemized to show this information).

g. Date of delivery or shipment

h. A block containing the following: Printed Name, Grade, and Telephone number of the Government Receiver, and Signature.

i. Each invoice must have an invoice number.

**14. PARTIAL SHIPMENTS:**

a. Partial shipment of line items will be accepted, however payment shall not be made until purchase order is shipped complete.

b. The vendor is allowed to deliver partial shipments and invoice items that have been received and accepted by the Government.

c. Back order items shall not be invoiced until the vendor delivers the items and the Government received and accepts the items.

**15. GOVERNMENT PICK-UP OF SUPPLIES:** The Contracting Officer or his authorized representative shall notify the supplier of the individual(s) authorized to pick-up supplies at the time of the call or direct to whom the supplies should be delivered. Individuals receiving supplies will not be authorized to puck-up additional items not previously authorized by the Contracting Officer or his representative.

**16. INSPECTION AND ACCEPTANCE:** Inspection and acceptance will be at destination, unless otherwise provided. Until delivery and acceptance, and after any rejections, risk or loss will be on the contractor unless loss results from negligence of the United States Government. Notwithstanding the requirements for any Government inspection and test contained in specification applicable to this contract, except where specialized inspections or test are specified for performance solely by the government, the vendor shall perform or have performed the inspections and tests required to substantiate that the supplies and services provided under the contract conform to the drawings, specification, and contract requirements for the manufacturer's part numbers specified herein.

**17. INVOICES:** A summary invoice shall be submitted at least monthly or upon expiration of this Blanket Purchase Agreement, whichever occurs first, for all deliveries made during a billing period, identifying the delivery tickets covered therein, stating their total dollar value, and supported by receipted copies of the delivery tickets. The vendor shall only invoice items that have been delivered, received, and accepted. The vendor is referred to "FAR Par 52.212-4 (g) Invoice" for required information on the vendor's invoice.

The vendor is authorized to submit an invoice with every delivery, weekly, or every two (2) weeks. However, it is recommended that invoices be submitted weekly.

The summary invoice shall be submitted to:

ARCENT-KU Finance Office;

Camp ; Kuwait

Telephone: 389-1346 / 1461

**18. METHOD OF PAYMENT:**

**a. Prompt Payment Act.** The Government is required to pay a valid invoice net 30 days. This means 30 days after the receipt of the vendor's invoice and the Government's receiving report; the Government is required to pay the vendor. If the Government delays payment, interest will automatically be added to the vendor's invoice charges and will be paid.

**b. Discount to Prompt Payment.** If the vendor wants to be paid quicker than 30 days after the receipt of the vendor's invoice and the Government's receiving report, the vendor shall offer a discount on the invoice charges. For example, the vendor can offer 1% to be paid in 15 days instead of 30 days. If the offered discount rate is advantageous to the Government, the discount shall be accepted. If the offered discount rate is not advantageous to the Government, the discount shall not be accepted and the vendor shall be paid 30 days after the receipt of the vendor's invoice and the Government's receiving report.

**19. Office Responsible For Administration of the Blanket Purchase Agreement:** All correspondence or information pertaining to this BPA shall be addressed to email address:

CFLCC Contracting Office ASG Kuwait

**20. SECURITY:** Contractor personnel shall comply with all Government regulations regarding security procedures, the wearing of badges, access lists, and safety procedures. Drivers or other vehicles making deliveries to camps in Iraq shall conform to search and security procedures rendered by the base camps. Please coordinate with the Contracting office prior to delivery for updated information and points of contact.

# STATEMENT OF WORK
## Statement of Work for Product/Service for Bottled Water

GENERAL

1.1 SCOPE OF WORK: The contractor shall furnish all management, labor, transportation, pickup and delivery of 1.5 Liter CENTCOM approved water from approved CENTCOM sources. This contract includes all packaging, transportation, delivery, and other related tasks and responsibilities deemed necessary and spelled out in this contract for providing bottled water to United States Army supported forces. The contractor shall order, account for, transport, and deliver 1.5 Liter CENTCOM Approved Bottle Water.

1.2 QUALITY CONTROL: The contractor is responsible to establish and have an active quality control plan. Standards of quality apply mostly to delivery and packaging of bottled water.

1.3 INSPECTION OF SERVICES

1.3.1 Inspection Services. The contractor shall provide and maintain an inspection system acceptable to the government covering the goods and services under this contract.

1.3.2 Inspection and Testing. The government has the right to inspect all goods and materials called for by the contract, to the extent practicable, at all times and places during the term of the contract.

1.3.3 Nonconformance with Contract Requirements. If any of the goods or services do not conform to the contract requirements the government may require the contractor to re-perform the services in conformity with the contract requirements, at no additional expense to the government.

1.4 Contractor needs to be accessible for contact 24-hours a day during the duration of this contract. {may need to expand on this}

SECTION 2

DEFINITIONS

2.1 TECHINAL DEFINITIONS PECULIAR TO THIS Statement of Work.

2.1.1 Bottled water. 1.5 Liter bottles, CENTCOM Approved sources, typically with 12 bottles per case for a total of 18 Liters.

2.1.2 Blocking, Bracing, Packaging, Crating and Tie-down material (BBPC&T): This is material such as cardboard, Styrofoam, wood, plastic wrap, ratchet straps, rope or other materials is used to keep the cases of bottled water secure and stationary while cases are in transit by flat-bed truck.

2.1.3 Contracting Officer Representative. An individual appointed in writing by the contracting officer to perform expressed contract administration functions.

2.1.4 Palletized. Meaning bottled water cases are placed on durable wood pallets capable of being lifted by regular forklift.

2.1.5 Wrapped. Process by which plastic or poly-wrap or other stretchable binding material is placed around the palletized water to keep bottle water cases in place.

{Other Definitions}

## SECTION 3
## SPECIFIC TASKS

3.1 GENERAL

3.1.1 Services Provided. The contractor shall provide delivery of bottled water to organizations at specified locations in Iraq.

3.1.2 Bottle Water Palletizing and Packaging. Bottle Water Pallets shall be packaged in accordance with the following specification:

1. A cardboard or similar strength material shall be placed on top of the palletized cases of bottle water.
2. The entire pallet (with cardboard material on top of the pallet) shall be wrapped four times around. Material used for wrapping pallets shall be shrink-wrap type or similar material. The shrink-wrap will secure the cardboard material down on top of the pallet.
3. The pallet will have a plastic band around the top of the pallet to stabilize the top cases of the pallet.
4. American-standard size wooden pallets are recommended for use as the base of the pallet.
5. When completely wrapped the pallet must be strong enough to prevent damage to the product in transit, to prevent damage during delivery, and to allow another pallet to be stacked on top of another pallet while in storage.

6. All pallets will contain the same number of bottles water cases.

3.1.3 **Delivery of Bottled Water. Bottled Water must be palletized for delivery by flatbed trucks. Flat-bed trucks used must ensure that sufficient Blocking, Bracing, Packaging, Crating and Tie-down material (BBPC&T) is used to ensure palletized water arrives intact and ready for easy download.**

3.1.4 **TRANSPORATATION REQUIREMENTS? I. E., SECURITY, PASSES, ETC.**

3.1.5 **DELIVERY LOCATIONS AND QUANTITIES**

3.1.6 **Delivery to cases every seven days.**

3.1.7 **Delivery to cases every seven days.**

3.1.8 **Delivery to cases every seven days.**

<u>TERMS AND 'CONDITIONS</u>

# WATER COMMODITY

# STANDING OPERATING PROCEDURES

# FOR ALL VENDORS MOVEMENT LOADS

# WATER COMMODITY STANDING OPERATING PROCEDURES

CONTENTS

52.202.1 Definitions December 2001

ADDENDUM – Invoicing & Payments

Terms and Conditions – Blanket Purchasing Agreement (BPA)

1. Authority
2. Definition
3. Description of Agreement
4. Effective Period
5. Extent of Obligation
6. Pricing
7. Purchasing (Call) Limitations
8. Notice of Individuals Authorized to Place Calls
9. Calls
10. Warranty Coverage
11. Delivery Schedule

| | |
|---|---|
| Packaging | 12 |
| Delivery Tickets | 13 |
| Partial Shipments | 14 |
| Government Pickup / Supplies | 15 |
| Inspection and Acceptance | 17 |
| Method of Payment | 18 |
| a. Prompt | |
| b. Discount of Prompt Payment | |
| Office Responsible for Administration of BPA | 19 |
| Security / Transportation | 20 |
| Statement of Work | |
| Map Requirements | |
| Installation Pass | |
| MCT Battalion / MET / Access of GTN/ITV/Tracking Devices | |
| Contracting Representative Officer(COR) class | |

CLAUSES INCORPORTATED BY REFERENCE:

| | | |
|---|---|---|
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.225-7041 | Correspondence in English | JUN 1997 |
| 252.225-7042 | Authorization to Perform | JUN 1997 |
| 252.233-7001 | Choice of Law (Oversea) | JUN 1997 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |

CLAUSES INCORPORATED BY FULL TEXT

**52.202-1 Definitions (December 2001)**

As prescribed in section 462422023:2.201, insert the following clause:

Definitions (December 2001)

(a) Agency head or head of the agency means the Secretary (Attorney General, Administrator, Governor, Chairperson, or other chief official, as appropriate) of the agency, unless otherwise dictated, including any deputy or assistant chief official or the executive agency.

(b) "Commercial component" means any component that is a commercial item.

(c ) "Commercial items" means –

(1) Any item, other than real property, that is of a type customarily used by the general public or by non-governmental entities for purposes other than governmental purposes, and that – (i) Has been sold, leased, or licensed tot eh general public;

(ii) Has been offered for sale, lease or license to the general public.

(2) Any item that evolved from an item described in paragraph (c)(1) of this clause through advances in technology or performance and that is not yet available in the commercial marketplace under a government solicitation;

(3) Any item that would satisfy a criterion expressed in paragraphs (c)(1) or (c)(2) of this clause, but for –

(i) Modifications of a type customarily available in the commercial marketplace; or

(ii) Minor modifications of a type not customarily available in the commercial marketplace made to meet Federal Government requirements. "Minor" modifications means modifications that do not significantly alter the nongovernmental function or essential physical characteristics of an item or component, or change the purpose of a process. Factor s to be considered in determining whether a modification is minor include the value and sizes of the modification and the comparative value and size of the final product. Dollar values and percentages may be used as guideposts, but are not conclusive evidence that a modification is minor;

(4) Any combination of items meeting the requirements of paragraph (c)(1), (2), (3) or (5) of this clause that are of a type customarily combined and sold in combination to the general public;

(5) Installation services, maintenance services, repair services, training services, and other services if –

(i) Such services are procured for support of an item referred to in paragraph (c)(1), (2), (3) or(4) of this definition, regardless of whether such services are provided by the same source or at the same time as the item; and

(ii) The source of such services provides similar services contemporaneously to the general public under terms and conditions similar to those offered to the Federal Government;

(6) Services of a type offered and sold competitively in substantial quantities in the commercial marketplace based on established catalog or market prices for specific tasks performed under standard commercial terms and conditions. This does not include services that are sold based on hourly rates without an established catalog or market price for a specific service performed. For purposes of these services -

(i) Catalog price means a price included in a catalog, price list, schedule or other form that is regularly maintained by the manufacturer or vendor, is either published or otherwise available for

inspection by customers, and states prices at which sales are currently, or were last, made to a significant number of buyers constituting the general public; and

(ii) Market prices means current prices that are established in the course of ordinary trade between buyers and sellers free to bargain and that can be substantiated through competition or from sources independent of the offerors.

(7) Any item, combination of items or service referred to in subparagraphs (c)(1) through (c)(6), notwithstanding the fact that the item, combination of items, or service is transferred between or among separate divisions, subsidiaries or affiliates of a Contractor; or

(8) A non-developmental item, if the procuring agency determines the item was developed exclusively at private expense and sold in substantial quantities, on a competitive basis, to multiple State and local Governments.

(d) Component means any item supplied to the Government as part of an end item or of another component, except that for use in 52.225-9 and 52.225-11 see the definitions in 52.225-9(a) and 52.225-11(a).

(e) Contracting Officer means a person with the authority to enter into, administer and or terminate contracts and make related determinations and findings. The term includes certain authorized representatives of the Contracting Officer acting writing the limits of their authority as delegated by the Contracting Officer.

(f) "Non-developmental Item" means –

(1) Any previous developed item of supply used exclusively for governmental purposes by a Federal Agency, a State or local government or a foreign government with which the United States has a mutual defense cooperation agreement;

(2) Any item described in paragraph (f)(1) of this definition that requires only minor modification or modifications of a type customarily available in the commercial marketplace in order to meet the requirements of the procuring department or agency; or

(3) Any item of supply being produced that does not meet the requirements of paragraph (f)(1) or (f)(2) solely because the item is not yet in use.

(g) Except as otherwise provided in this contract, the term "subcontracts" includes, but is not limited to, purchase orders and changes and modifications to purchase orders under this contract.
(End Clause)

**52.203-3 – Gratuities**
Gratuities (April 1984)

(a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative -

(1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

(2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

(b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

(c) If this contract is terminated under paragraph (a) of this clause, the Government is entitled -

(1) To pursue the same remedies as a breach of the contract; and

(2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense).

(d) the rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.
(End of Clause)

**52.203-7 – Anti-Kickback Procedures**
Anti-Kickback Procedures (July 1995)

(a) Definitions
"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value or compensation of any kind which is provided, directly or indirectly, to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.
"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company or individual.
"Prime Contract" as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.
"Prime Contractor" as used in this clause, means a person who has entered into a prime contract with the United States.
"Prime Contractor Employee" as used in this clause, means any officer, partner, employee, or agent of a Prime Contractor.
"Subcontractor" as used in this clause, means a contract or contractual action entered into by a Prime Contractor or Subcontractor for the purpose of obtaining supplies, material, equipment or services of any kind under a Prime Contract.
"Subcontractor" as used in this clause,

(1) means any person, other than the Prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment or services of any kind under a Prime Contract entered into in connection with such Prime Contract, and

(2) Includes any person who offers to furnish or furnishes general supplies to the Prime Contractor or a higher tier Subcontractor. "Subcontractor employee," as used in this clause, means any officer, partner, employee or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C.51.58) (the Act), prohibits any person from -

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a Prime Contractor to the United States or in the contract price charged by a Subcontractor a Prime Contractor or higher tier contractor.

(c)

(1) The contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall prompt report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general or the Department of Justice.

(3) The Contractor shall cooperate fully with any Federal Agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may

(i) Offset the amount of the kickback against any monies owed by the United Stated under the Prime Contract and or

(ii) Direct that the Prime Contractor withhold from sums owed a Subcontractor under the Prime Contract the amount of the kickback. The Contacting Officer may order the monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contacting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including subparagraph (c)(5) but excepting subparagraph (c)(1) in all subcontracts under this contract which exceed $100,00.
(End of Clause)

**52.225-13 – Restrictions on Certain Foreign Purchases**
Restrictions on Certain Foreign Purchases (July 2000)

(a) The Contactor shall not acquire, for use in the performance of this contract, any supplies or services originating within, or that were located in or transported from or through, countries whose products are banned from importation into the United States under regulation of the Office of Foreign Assets Control, Depart of the Treasury. Those countries are Cuba, Iran, Iraq, Libya, North Korea, Sudan, the territory of Afghanistan controlled by the Taliban and Serbia (excluding the territory of Kosovo).

(b) The Contactor shall not acquire for use in the performance of this contract any supplies or services from entities controlled by the government of Iraq.

(c) The Contractor shall insert this clause, including this paragraph (c), in all subcontracts.
(End of Clause)

**52.233-3 – Protest After Award**
Protest After Award (August 1996)
(a) Upon Receipt of a notice of protest (as defined in FAR 33.101) or a determination that a protest is likely (see FAR 33.102(d)), the Contracting Officer may, by written order to the Contractor, direct the Contractor to stop performance of the work called for by this contract. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Upon receipt of the final decision in the protest, the Contracting Officer shall either

(1) Cancel the stop-work order; or
(2) Terminate the work covered by the order as provided in the Default or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled either before or after a final decision in the protest, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in wiring accordingly, if
(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any art of this contract; and
(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that if the contracting officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(e) The Government's rights to terminate this contract at any time are not affected by action taken under this clause.

(f) If, as the result of the Contractor's intentional or negligent misstatement, misrepresentation or mis-certification, a protest related to this contract is sustained and the Government pays cost, as provided in FAR 33.102(b)(2) or 33.104(h)(1) the Government may require the Contractor to reimburse the Government the amount of such costs. In addition to any other remedy available, and pursuant to the requirements of Subpart 32.6, the Government may collect this debt by offsetting the amount against any payment due the Contractor under any contract between the Contractor and the Government.
(End of Clause)

**ADDENDUM**

**Invoicing and Payments**
Invoices shall be submitted only for contract line items or tasks satisfactorily completed and inspected. The contractor shall submit each invoice, which includes all supporting documentation of receipt of supplies and services to the designation COR.

**An invoice is a written request by the contractor for payment under the contract for work or services performed under the contract. Invoices shall be prepared and submitted in quadruplicate with one copy marked "original." A properly submitted invoice must include the following information:**

a. Invoice date
b. Name of Vendor or Contractor
c. Contract Number (including order number), contract line item number, contract description of supplies or services, quantity, unit of measure and unit price and total amount
d. Name and address of vendor (must be the same as specified in the contract or by a proper notice of assignment)
e. Name (when applicable), title, phone number and mailing address or person to be notified in the event of an incorrect or improperly filled out invoice
f. An itemized listing of quantities, description of items, unit price and total amount.

The Contractor may request payment at the completion of work. Payments will be make by Kuwait Finance Office, Camp Doha, Kuwait.

**All invoices will be sumitted to CFLCC Contracting Office – Forward Jordan until 28 June 2003, and thereafter will be submitted by fax, scanned email copy or express mail.**

Section C – Descriptions and Specifications

<u>DESCRIPTIONS & SPECIFICATIONS</u>
BRAND: The bottle water shall be from a CENTCOM approved source. The vendor shall provide their water source to the Contracting Office or their authorized representative before making their first delivery. If the vendor changes their bottle water source, the vendor shall immediately notify the contracting officer or their authorized representative. See CENTCOM approved sources.

PACKING:

Camp Doha Delivery: The maximum dimensions for a pallet of Bottled Water that will fit into Camp Doha Storage systems:

| | | |
|---|---|---|
| Max Width | = | 48 inches or 102cm |
| Max Depth | = | 42 inches or 107cm |
| Max Height | = | 66 inches or 168cm (includes pallet; from gournd to top of bottle water) |

Each pallet shall have a standard number of cases on it. Cases shall be secured with shrink wrap to prevent damage to the product in transit and deliver. Per meeting – All bottled water will be boxed, available to fit truckloads and free of damage and destruction.

Kuwait Locations: Each case shall contain 12 each, 1.5 liter bottles. Pallets shall be durable. The vendor shall standardize the number of cases on each pallet; the standard number of cases shall be placed in writing and provided to the Contracting Officer or their designated representative. Cases shall be secured to the pallet to prevent damage to the product in transit and deliver.

DELIVERY SCHEDULE: The vendor shall deliver within 5 days after receipt of the BPA call. The contracting officer shall designate the Kuwait delivery location within the BPA call.

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | | Case | | |

BPA Bottle Water
FFP
This is a Delivery Order BPA for Bottle Water into Iraq. The contractor shall deliver a minimum of 20,000 cases of CENTCOM approved bottle water to any location in Iraq as needed. The contractor is responsible to have all invoices signed at each location. Each contracting officer representative shall sign the invoices as being "Received and Accepted".
The contractor shall deliver at a minimum of 1,000 cases per week for 4 weeks with an unlimitem maximum delivery.
Period of performance is as needed
POC is Major Derrick Shoemake at 389-5601, Please see terms of SOP
PURCHASE REQUEST NUMBER: W91XRV 5246 0399

NET AMT $0.00

ACRN AA Funded Amount $17,000,000.00

FOB: Destination

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 1001 | Destination | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 1001 | POP 01-DEC-2005 TO 01-DEC-2008 | N/A | CFLCC C4<br>SHOEMAKE, DERRICK<br>CAMP ARIFJAN<br>KUWAIT AE 09366<br>430-5601<br>FOB: Destination |

## ACCOUNTING AND APPROPRIATION DATA

AA: 216 2010.0000 01-1100 4X2A00 26EB VIRQ S12120
AMOUNT: $17,000,000.00

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-6 Alt I | Restrictions On Subcontractor Sales To The Government (Jul 1995) -- Alternate I | OCT 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.211-16 | Variation In Quantity | APR 1984 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.246-14 | Inspection of Transportation | APR 1984 |
| 52.246-15 | Certificate of Conformance | APR 1984 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 52.246-17 | Warranty Of Supplies Of A Noncomplex Nature | JUN 2003 |
| 52.252-4 | Alterations in Contract | APR 1984 |
| 252.217-7001 | Surge Option | AUG 1992 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |
| 252.247-7000 | Hardship Conditions | AUG 2000 |
| 252.247-7001 | Price Adjustment | JAN 1997 |
| 252.247-7002 | Revision of Prices | DEC 1991 |
| 252.247-7004 | Indefinite Quantities - Fixed Charges | DEC 1991 |
| 252.247-7010 | Scope of Contract | DEC 1991 |
| 252.247-7011 | Period of Contract | OCT 2001 |
| 252.247-7012 | Ordering Limitation | DEC 1991 |
| 252.247-7013 | Contract Areas of Performance | DEC 1991 |
| 252.247-7014 | Demurrage | DEC 1991 |
| 252.247-7015 Alt I | Requirements Alternate I | DEC 1991 |
| 252.247-7016 | Contractor Liability for Loss or Damage | DEC 1991 |
| 252.247-7017 | Erroneous Shipments | DEC 1991 |
| 252.247-7018 | Subcontracting | DEC 1991 |
| 252.247-7019 | Drayage | DEC 1991 |
| 252.247-7020 | Additional Services | AUG 2000 |

CLAUSES INCORPORATED BY FULL TEXT