(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic
Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.--

(1) Items accepted. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) Prompt payment. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) Electronic Funds Transfer (EFT). If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) Discount. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(5) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(t) Central Contractor Registration (CCR). (1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the

necessary requirements regarding novation and change-of-name agreements in FAR subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

(End of clause)

52.217-7 OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor within 7 working days. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

(End of clause)

52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days of contract ending.

(End of clause)

52.246-20 WARRANTY OF SERVICES (MAY 2001)

(a) Definition.

"Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the

Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract. The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor within 3 days of delivery. This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed. If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

(End of clause)

52.246-20 WARRANTY OF SERVICES (MAY 2001)

(b) Definition.

"Acceptance," as used in this clause, means the act of an authorized representative of the Government by which the Government assumes for itself, or as an agent of another, ownership of existing and identified supplies, or approves specific services, as partial or complete performance of the contract.

(b) Notwithstanding inspection and acceptance by the Government or any provision concerning the conclusiveness thereof, the Contractor warrants that all services performed under this contract will, at the time of acceptance, be free from defects in workmanship and conform to the requirements of this contract. The Contracting Officer shall give written notice of any defect or nonconformance to the Contractor within 30 days of contract ending. This notice shall state either (1) that the Contractor shall correct or reperform any defective or nonconforming services, or (2) that the Government does not require correction or reperformance.

(c) If the Contractor is required to correct or reperform, it shall be at no cost to the Government, and any services corrected or reperformed by the Contractor shall be subject to this clause to the same extent as work initially performed. If the Contractor fails or refuses to correct or reperform, the Contracting Officer may, by contract or otherwise, correct or replace with similar services and charge to the Contractor the cost occasioned to the Government thereby, or make an equitable adjustment in the contract price.

(d) If the Government does not require correction or reperformance, the Contracting Officer shall make an equitable adjustment in the contract price.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.ARNET.GOV
(End of clause)

Seraphim Transport Co.

Your International Transportation Specialists

To: U.S. Army Contracting

From: Seraphim Transport Co.
Lakebay, WA, USA

Subject: Brief Introduction

Dear Contracting Officer,

Seraphim Transport Company was established in 1995 as a Sole Proprietorship, and was used for interstate trucking in USA and Canada. It was closed for overseas duties by the owner, Mr. Randy G. Hook, to work in Antarctica, and Kuwait. It has been re-established in 2005 as a General Partnership between Mr. Hook and Mr. Michael D. Hightower, and is registered as a Small Service-Connected Disabled Veteran Business and Minority Owned Business with SBA, MDBA (Dept. of Commerce), DUNS, and CCR.

Mr. Hook and Mr. Hightower have over 25-Years experience in the Transportation Industry, mainly supporting the USG by working for Contractors or as a Federal Employee directly, and served area like: Gulf War, Balkans, Antarctica, Operation Enduring Freedom & Operation Iraqi Freedom, and managing the Heavy Lift-3 & 4 U.S. Army contracts for Kuwait Company as civilians. Mr. Hook and Mr. Hightower were contractors on Camp Doha for 3-Years, and conducted all Transportation Duties in the CRSP directly supporting Operation Southern Watch, Enduring Freedom, and Iraqi Freedom as Supervisors for the war efforts.

The Authority of the partnership is in both partners, and either Mr. Hook or Mr. Hightower may have authority to be signatories and negotiators for any U.S. Army contract. Below is the registration and financial account information of the partners and company:

Seraphim Transport Company
18507-21st ST, KPN
P.O. Box 273
Lakebay, WA 98349-0273
1-253-884-3705
info@seraphimtransport.com
Tax ID: 602 520 897 WA St. UBI
DUNS: 602 161 270
CCR: 42XJ1
SBA: P0663052

Randy G. Hook
randy.hook@seraphimtransport.com
011-965-712-2002
011-965-666-4713

Michael D. Hightower
michael.hightower@seraphimtransport.com
011-965-694-0063
011-965-390-3511

| | | | |
|---|---|---|---|
| Bank: | Wells Fargo Bank | Checking | 6451796137 |
| | Gig Harbor, WA | Saving | 9763187615 |
| | Business Acct: | Routing | 125008547 |



fo@seraphimtransport.com www.seraphimtransport.com (Fax) +965-543-0270, +965-390-3511
8507-21st. ST, KPN P.O. Box 273, Lakebay, WA 98349

Seraphim Transport Company, USA
Transportation Proposal
Index


| Part Number | Information | Pages | Page in Proposal |
|---|---|---|---|
| Introduction | Brief, Financial Institute | 1 | 1 |
| Index | Proposal Parts | 1 | 2 |
| Part-1 | Overview | 1 | 3 |
| Part-2 | Maintenance & Tracking | 2 | 4 - 5 |
| Part-3 | Past Experience & Performance | 2 | 6 -7 |
| Part-4 | Contract Procedures | 1 | 8 |
| Part-5 | Site Operations | 1 | 9 |
| Part-6 | Warehousing & Capabilities | 2 | 10 - 11 |
| Part-7 | Management & Staff | 1 | 12 |
| Part-8 | Sourcing & Billing | 1 | 13 |
| Part-9 | Trans, Storage & Delivery | 2 | 14 - 15 |
| Part-10 | Pricing | 1 | 16 |
| Part-11 | QC & Safety Plans | 1 | 17 |
| Part-12 | Water QC | 2 | 18 -19 |
| Part-13 | Summary | 1 | 20 |

Seraphim Transport management has vast experience in USG contracting, operations, base procedures, military war efforts, and morale of the fighting soldier due to having an integral part in the efforts of war-time service, past contracting duties, and actually being Disabled Veterans from U.S. Armed Forces.

The experience gained can be contributed to understanding the force on the ground by actually having experience, and understanding the needs and demands of the war soldier, how to aide in this demand as a contractor, and what as a civilian you can do to help with the overall morale.

The management of Seraphim Transport as civilian contractors had heavy tasks placed on them during the recent war of Operation Enduring Freedom, whereas all the MRE and Water consumed in the first couple of months was prepared by them on Camp Doha to help the soldiers sustain during quick military operations, and a combined effort by Camp Doha and CENTCOM succeed in this mission. The similar program was designed for Operation Iraqi Freedom, but in a larger scale, and more intense planning, all in which the management as civilian contractors was successful in their efforts.

Therefore we have the recent and past knowledge and expertise to conduct war-time operations along side a military organization to aide in the success of the USG war effort. With Seraphim Transport you may gain the contractual and real-life experience to maximize the performance of the contracting requirements.

As Americans, and as an American based company we understand the importance of proper contracting procedure, as well as sub-contracting procedures, so we will ensure the proper documentation, notices, and clarification clauses are entered into any sub-contract agreement if there were to be any, but we plan to facilitate all work efforts included in this proposal. We will ensure proper contract agreements are in place to our approved source supplier of the products we will purchase, store, and deliver within the scope of this contract, and promote further expansion through new local sources of quality products requiring CENTCOM approval.

Seraphim Transport and the Management is an International Transportation Specialist, and we are qualified and ready to perform this Transportation contract for the U. S. Army with all the same management capabilities and style the Army had experienced for Heavy Lift 3 & 4.

The management of Seraphim Transport understands tracking, maintenance, and accountability for the USG and as civilian contractors will maintain the standard of accountability to maximize the benefit of the U.S. Army. In the Heavy Lift contracts the management implemented several means of accountability and reporting to provide more accurate accountability and information to DCMA and Transportation Commands for contract management.

Maintenance

Our programs are basically simple since only one model of trucks are utilized, thus minimizing complicated programs and multiple spare parts and vendors. We utilize only Mercedes-Benz tractor heads, and our American managers are fully trained by Mercedes-Benz in Stuttgart, Germany, and the programs are Mercedes-Benz operating systems, and computers, so issues of warranty, spare parts, maintenance, and stock are all controlled by the local agent whereas deadline vehicles are minimal and the parts are readily available due to the program of "**Star Diagnosis**" in every vehicle in the fleet, and every vehicle has a file of maintenance, parts, and future replacements so ordering is a simple touch of a computer program whereas the local agent can provide feedback and delivery time if not in stock in our inventory or the agents inventory.

With our complete joint maintenance facility on 7 th Ring Road in Kuwait, we maintain an estimated parts inventory, and a diagnosing program so warranty vs. maintenance parts can be determined during scheduled or unscheduled services in the garage, and the Laptop supplied by Mercedes-Benz can calculate any indifference in the maintenance schedule and parts ordering programs.

Tracking

To a great accomplishment to the "**Star Diagnosis**" program of Mercedes-Benz, the system of "**Fleet Board**" is implemented in all vehicles post 2000, whereas the fleet owner can subscribe to the GPS & Maintenance road program enhancing the owner's capabilities to monitor the overall operation of their vehicles. This is the most sophisticated program in any market due to its self-centered design only to the Mercedes-Benz vehicle.

The "**Fleet Board**" program offers the most advance programs centered on only Mercedes Actros Trucks, and there are over 100-Sensors of each vehicle feeding the computer and satellite program. How it works is the system monitors all maintenance requirements of the vehicle, calculates the weight of the vehicle by Torque, monitors the movement of vehicle by speed and location, calculates if vehicle is stopped and how many times it has stopped, informs of temperature of oil, water, fluids, and numerous other functions. (Read Attachments)

User Information: Since GPS is a part of the in-board system and not separate add-on hardware, it works together with the vehicles computer, thus feeding important tracking information with maintenance information, so the user can see vehicle technical information along with advanced features of a GPS program. A great advance over a purchased GPS add-on program is that if a vehicle was lost or hijacked you can determine the exact location the cargo was off-loaded due to the Diagnosis program and GPS working in harmony, so you see where it stopped, and you see where it is now, so the military can first recover the cargo then proceed to recover the vehicle.

These programs are only available on Mercedes Actros Trucks, and the monthly service fee is marginal since the operating program is installed during production, and the vehicles Seraphim Transport will supply for this transportation contract will meet this requirement.

How this can aide and assist the U.S. Army in this transportation contract?

After award notification, Seraphim Transport will contract (Service Agreement) with the local and German offices of Mercedes-Benz Fleet Board to activate and test the system to provide accurate programming for the coverage area of this contract, and a user data base will be programmed. The user data base is self-required, meaning different users have different profiles of what information they may review. Maintenance personnel may only be concerned of vehicle operations and not location, management may be concerned in parts of information or the entire program, and a U.S. Army Contracting Officer may only require tracking viewing, so each user can be customized to the users preference and changed by simple programming in the trucks computer to meet a maximized effort, and not overload each user with non-essential information. This program is user friendly, and to the best performance of any programs, so this is what Seraphim Transport will offer in this contract providing the best professional operation with complete Door-to Door, or Turn Key operation for the USG.

Seraphim Transport as a company has no real experience in Kuwait, but the management has vast knowledge, experience, and performance evaluations as civilians and contractors, so herein this section we will highlight this experience, and why it is important to evaluate the personnel rather then a company, because a company is only a registration, be it good or bad, it is the legal entity to report information to CCR and Duns and Bradstreet, and Seraphim Transport Company has all registration procedures completed, so evaluate the management, and through their qualification, you will have succeeded in qualifying the company.

Following we will demonstrate the key American Management of Seraphim Transport Company, their brief qualifications, and why each is important to the overall success of the operation, and this transportation contract.

Mr. Randy G. Hook (Senior Partner-Managing Director)

Interstate Trucking, Food and Refrigerated Warehousing, Warehouse Supervision, International Transportation, Military Transportation, Federal Civil Service in Dept. of the Army, and Navy, Foreign Federal Service in Antarctica, 3-years as CRSP Supervisor on Camp Doha during Enduring Freedom & Iraqi Freedom, Shipping & Receiving, MHE and Heavy Equipment Operator, and a Disabled Veteran from the U.S. Navy. Military Operations Director on U.S. Army contracts in Kuwait.

Mr. Michael D. Hightower (Junior Partner-Operations Director)

Served in Desert Storm as a Combat Infantry Soldier, Interstate Trucking, Military Warehousing, Warehouse Supervision, International Transportation, Military Transportation, Transportation Contractor in the Balkans (KBR), 2-years as CRSP Lead/Supervisor on Camp Doha during Enduring Freedom & Iraqi Freedom, Hazardous DoD certified, Shipping & Receiving, USPS Employee, MHE and Heavy Equipment Operator, and a Disabled Veteran from the U.S. Army. Project Manager on U.S. Army contracts in Kuwait.

Mr. Clareese Saddler (Site Manager)

Military Warehousing, Warehouse Supervision, International Transportation, Military Transportation, 2-years as Lead/Technician on Camp Doha in Class 2-7 during Enduring Freedom & Iraqi Freedom, 2-years Supervisor in SSA & Unit Basic Load on Camp Doha, Environmental DoD certified, Shipping & Receiving, MHE and Heavy Equipment Operator, and a Veteran from the U.S. Army. Senior Site Manager on U.S. Army contracts in Kuwait.

Mr. Alfredo Smith (Maintenance Manager)

Interstate Trucking, Food Warehousing, Military Transportation, Environmental, Hazardous, and Chemical DoD certified, Emergency Spill Response Team member, MHE and Heavy Equipment Operator, Hazardous Material Supervisor, Chemical Branch Manager on Camp Doha, Maintenance and Vehicle training from Mercedes-Benz in Stuttgart, Germany, and a Veteran from the U.S. Army. Maintenance Manager on U.S. Army contracts in Kuwait.

Mr. Xhelal Pevqeli (Transportation Manager)

Interstate Trucking, Warehousing, Military Transportation, Property Custodian on Fort Bragg, Foreign Language Instructor on Camp Lejune, and Fort Bragg , MHE and Heavy Equipment Operator on Camp Doha, Rail & Crane Operator, Camera Technician, Transportation Manager for U.S. Army Contracts in Kuwait

Other positions will include the multiple different staff and employees:

Operations Manager
Warehouse Manager
Night Manager
Warehouse Supervisors
Administration
IT Computer Programs
Dispatchers
Mechanics
English Speaking Convoy Representatives/Drivers

Our performance has been rated previously under Heavy Lift 3 & 4 where management and ability was rated by the performance of the contract, and the management team of Seraphim Transport conducted all operations for the Kuwait company, acted as the contracting representatives, and had full authority to speak on behalf of the Kuwait management of the company, so these rating factors, for the Kuwait company contract, were based on the performance factors of the Seraphim Transport US managers providing the daily operational management.

To further gain some instrumental experience we have in our Nairobi, Kenya Office Engineers securing contracts for the greater Central and Eastern African area under our corporation registered and licensed in Kenya as:

Seraphim Transport Company International, Ltd. This office is dedicated to Kenya, Sudan, Uganda, DR Congo, Rwanda, and Burundi for transportation and construction for International Aide Organizations, UN, USAID, and the private industries throughout the region.

Our gaining of international personnel aides in our understanding of events around the world, and enhances our global operations as a company, experience, knowledge, skills, and overall ability. The management of Seraphim Transport keeps updated through meetings with government officials, regulations, and performance in countries where professional transportation is required, and is seizing the opportunity to manifest a western experience in third world environments. Currently Seraphim Transport is in the process of becoming a member in COMESA (Common Market of East and South Africa) where the organization regulates the transportation industry similar to the DOT (Dept of Transportation) and NAFTA (North American Free Trade Agreement) does in the United States with the Americas.

As we grow, we desire to be recognized as a leading professional in the transportation industry, and with the award of this contract to Seraphim Transport we would be able to provide a professional service for the benefit of the fighting soldier and contractors who support the United States overall mission in the Middle East and Gulf region.

The management of Seraphim Transport has in-depth knowledge of contract procedures and has continued to be a leader in assuring our employees, drivers, and staffs is always ahead of changes, and meet with officials' to be sure proper documentation is complete and accurate.

Installation badging is an ever changing effort, and we have been an active participant in these changes, from US Army procedures to the implementation of CSA, from Immigration changes, Shoen procedures, and through it all, we have attended the management and PMO meeting, aided in understanding, and complied with the end guidelines of CSA Security. Along with installation badging, we have endured the Shuiba Port pass changes, and have become one of the most effective companies to comply with the changes on contractors. Also there were in the past KMOD badging, now as a new procedure under J-2 that authorized our employees and drivers access into Kuwait facilities, so overall we have experienced a great deal of procedures in the past 5-Years, and understand how to successfully comply and be in compliance with all these agencies rather they be USG or Kuwait Ministry, we are always prepared and our staff understands the procedures and regulations to maintain compliance.

Drivers training programs are an important part of our success and the U.S. Army success. Therefore, the managers must follow-up on a drivers training program to be sure every effort is accomplished to train the drivers in proper vehicle handling, cargo, proper cargo tie-down training, fuel and maintenance. Our driver trainers were schooled by Mercedes-Benz for the mechanical operations and driving techniques of the Mercedes Actros Truck, so when they re-train a driver, or test them for skills, it is from a documented training program and not their own personal beliefs. Thus we are successful in this effort because long laborious hours are spent in this practice in the 7th Ring Road facility.

The managers of Seraphim Transport understand all the military procedures and regulations and are confident in our procedures to secure the best advantage for the U.S. Army and the military convoys, thus providing success by experience. We also understand the serious requirement for "In-Transit Visibility", a secure site of operations, badge procedures, Installation access procedures, QC & Safety Plans implemented currently, and professional driver's awareness and safety training, so our managers are prepared for the professional service the USG would expect from their contractors.

Seraphim Transport is part of one of the most military style of secure site of a contractor in the Kuwait area. During the late spring of 2004 the Heavy Lift IV operation was requested to move from its inhabitancy on Camp Arifjan to provide room for other operations, so the previous contracting officers, PMO, DPW, and local ministries had to come to mutual understanding of the site prior to occupancy. Therefore what is made into the Heavy Lift IV site is a compiled list of requirements, regulations, and restrictions since it was the first time the U.S. Army requested to the Kuwait Ministry for this allowance. What is now the most sophisticated of any contractor living outside the wire of Camp Arifjan, and providing a secure environment for workers, military personnel, and the contract, while not being a military installation, it met some requirements place by the PMO and Kuwait Ministries as following:

Setbacks for offices and operating centers were instructed to be a 200-Meter distance from any fence line, fenced and berms to prevent any immediate intrusion, serpentine entry to slow speedy entrances, secondary road frontage to allow convoy staging and parking keeping the vehicle off the fast paced 7 th Ring Road. A sophisticated camera system, and the only one of it type in Kuwait, to provide 24/7 surveillance of all fence lines, offices, approaches, and roads with a 3-month recording memory for later review. Security and entry visitor badging procedures were implemented to keep non-essential personnel out of the operations, and prevent any soldier from being in harms ways. We supply 512-High-Speed Satellite Internet connections so access to important data could be communicated quickly and efficiently, therefore the 7 th Ring road site was a produced as a non-military installation, and is one of the best you can ask from a private civilian contractor in Kuwait.

Second to all the security concerns, the site offers drivers morale areas, driver's accommodations, a 20 x 70 meter dining facility that can be utilized as a movie hall, large parking areas for over 3000 vehicles, and a new designed maintenance facility. The maintenance has been equipped with the latest technology of Mercedes-Benz, and constructed with 3-pit-jacks for servicing, 5-wash bays, and 22- service bays all equipped with air and electrical for any service requirement. Our maintenance can be compared only to Manufacturer type of servicing due to there is only Al-Hamadah Logistics Int'l and Seraphim Transport utilizing this facility.

We strive to eliminate all the problematic procedures out of contracting by doing most of our own selection processes in advance, because it is in our hearts to continue to support our country in a foreign land, even as civilian contractors, we are in support our government and the achievement to be accomplished.

This transportation contract of Bottled Water is an important an integral part to the overall success to the war effort of the USG, and providing water from a good quality source is important, so Seraphim Transport will segregate vendors in our operation from other approved sources. It is understood there will be a minimum quantity to be delivered, so in some circumstances where adequate supply could not be met from a superior source supplier, then the second and third approved source supplier products would be delivered only as quantities are low, and regain stock in slower delivery periods to maintain only the best product from the superior source supplier for our contracting plans and QC.

Now we may discussion of the facility, so if an adequate facility is provided, the source of quality water should be maintained throughout the contract, but exceptions are sometimes expected in fast-moving consumables such as water. Therefore, Seraphim Transport will provide the newly constructed facility we have acquired in Al-Rai, Kuwait, and is currently empty waiting for secure contracting opportunities, and our management is providing tours and inspections to possible client to provide state-of-the-art technology in this facility. This facility can store 44,000 Cubic Meters of product, or approximately 24,000 pallet locations in multiple chambers, and multiple climates. The facility implements the newest "Mobile" racking system operated on-board the forklifts, so bar-coding and expiration data can be implemented to ensure the product is rotated properly, and efficiently, and this is the only Refrigerated Warehouse in Kuwait with a mobile racking, automated computer guidance system, so a visit is a must to understand our operation.

For a water contract, it means in terms of on-hand stock, readily available for delivery, or known as "Just-in-Time" delivery schedules a total inventory of 24,000 pallets of water. In example, if the common 1.5 liter pallet contains 70 cases of water, and each case containing 12-Bottles, and if this warehouse was full, here is our maximum delivery quantity available:

**24,000 plt. X 70 cs. = 1,680,000 cs. X 12 btl. = 20,160,000 total capacity of bottles in inventory.**

| | |
|---|---|
| **24,000** | **Total pallet capability** |
| **1,680,000** | **Total cases available for delivery** |
| **20,160,000** | **Total bottles available for delivery** |
| **105** | **Total days of inventory in stock** |
| | (Based on the average consumption of 16,000 case/day in Kuwait/Iraq) |

This facility is large enough to house a Ice Manufacturing Plant, or even a MRE Climate Controlled Storage Facility, and Water Storage to support the USG mission in Iraq, so utilization is a key to the effort of the mission, but in term of our water stock alone our contract can provide sufficient inventory in this warehouse to support the large operations, so our utilize of only half of the warehouse capacity can maintain a stock of anywhere from **40-50-days of stock in inventory**, and rotating in the same procedure as an entire operation described previously.

Another advantage to this new facility is the Warehouse Conveyor System, whereas product inside the controlled chambers is placed on a conveyor system and routed out into the loading area, thus minimizing forklift movements in & out, speeding the loading time, and keeping a more efficient inventory, therefore being capable of loading new stock in other chambers, and unloading out of time and dated inventory for loading onto trucks. Secondary Pallet Wrapping machines can also be utilized in the effort of inbound stock to assure outbound inventory is always prepared and sufficient for immediate loading.

Water Sampling and Testing can be conducted in the facility as required by the contract if required. Previously all samples of production date was conducted on Camp Doha by CSA Environmental personnel, so if this is still required, then we could accommodate the inspectors in the facility, and could provide office space as required to conduct inspections in lots, batches, and monthly inventory sampling.

This State-of-the-Art facility may provide efficient, professional, and accurate accountability of this water contract, and this facility as well as our company management will be on-call and operating 24–hours per day, 7-days per week for ordering, loading, unloading, inspections, dispatching, and performance monitoring, and this is a secure site so security will not allow access without approval. All water stock will be according to the normal BPA procedures of previous commitments and the wood pallets are in USA standard configurations and stacked according to normal policies implemented on Camp Doha for safety and proper shipment.

Seraphim Transport has enough worldwide experience through its management and employees to understand and calculate the proper manning to successfully perform a BPA contract such as this Water Shipments.

We base our entire operations off past experiences of our employees, past management operations, worldwide locations served, and war effort experience, and then combine the knowledge to benefit the USG in a efficient, professional, company with integrity, and based in the America for taxation and accountability to our earned income, whereas we support the war effort of the contract by paying taxes to our government, thus by receiving and contributing to the same cause.

Our staff and management are required to uphold all legal requirements of the US Army, or USG prior to upholding ant local tradition or requirement. Understanding we are on foreign soil, there is some required laws and regulations to adhere to, but our primary operations is to meet the 24-Hour, 7-day week of the USG operation, and meet it with success, professional behavior, discipline, and efficiency.

As listed in Part-3, Past Experience, we shown some illustration of managers in Seraphim Transport, and other staff we have or will employ, and this is not limited to the position shown, but a image of our operation. Beyond in our physical warehouse, and 7th Ring Road site, there will be hustling with personnel performing this contract in one form or another to include driver dedicated just for product pick-up from vendors approved Source Suppliers and delivering to our warehouse operation in Al-Rai, Kuwait. Our Customs personnel are located in Am Ghara, Kuwait where legal documents will be finalized for Customs, if required, Repair Estimates, Damage Assessments, and some Major vehicle overhauls can be performed.

We have over 5-years experience in Military Customs procedures, and understand the complete system, how it works, what doesn't work, and who is required to produce documents for S-5, GCC Border Agreements, and Kuwait Customs officials, therefore, if there were imported product to be received from outside sourcing we understand the timing factors, requirements of the CRSP function, and what S-5 would require if emergency situations should arise.

Furthermore, Seraphim Transport through its staff and management have great knowledge and experience in Escorting and Badge procedures, so providing English Speaking Individuals/Drivers in the convoys is considered as a valued procedure to ensure proper contract performance, and a means of providing feedback to our system as well as to the contracting office. Seraphim Transport has the deep vast knowledge of these procedures, and our staff and management have been in these positions during the real war efforts, and contracting here in Kuwait and Iraq for Enduring Freedom & Iraqi Freedom on Camp Doha and Camp Arifjan. We have the performance, we have the experienced staff, we have the proper equipment, and we will conduct the professional expedited service the government requires in their contracting.

Seraphim Transport Management is quite clear on military finance operations, discount billings, modifications, amendments, EFT deposits, counter check payments, and U.S. Treasury ratios for billing cycles and payment by discount percentage.

Simply said we have learned the ways to efficiently be paid promptly and efficiently by the USG and Army Finance through years of working along side of Army Finance Vendor pay to ensure the government always gets sufficient discount for prompt payment, and we are grateful for the efficiency of Army Vendor pay. Therefore, our billing will be simple, uncomplicated, thorough, by BPA and/or CLIN to expedite proper billing, will provide sufficient documentation for the COR, CO, and Vendor Pay to provide accurate evidence for payment.

For the past 30-Months we have had little or no disputes over our finance billings, and always provided sufficient information to the Contracting Officers to sign off on billings in an expedited means, and were always promptly paid by Army Vendor pay as term and discounts approved by U.S. Treasury discount periods.

We further understand the obligations of the billing cycle requirements such as: Vendor and Contractor Data, Purchase call Personnel, BPA Numbering and Expirations, date of Purchase, Itemized List and Quantities, date of Deliveries, Delivery Signatures, Invoice Numbering, and any other IDIQ information required by CFLCC C-4, and the Contracting Officer. We also acknowledge there is to be Monthly Summaries of deliveries, expirations of BPA, unit prices, total billing amounts, invoice dates, contract or order numbers, and other information as required by CFLCC C-4 and the Contracting Officer.

In regards to sourcing, we understand the proper procedures for CENTCOM VET inspections, acquiring new sources by aiding in future qualified sources to become approved to expand our market ability to offer the best product by the best approved sources currently in the region, thus expediting our overall performance by providing quicker and more efficient service through promotion of manufacturers production capabilities. By sourcing in other regions we can attempt to utilize approved sources if they remain consistent in pricing, it can be accomplished in a reasonable means for cost, and expand our regional delivery performance periods.

Our proposed operation is based from Kuwait simply because we have our warehouse facility here, but it does not prevent our quantity of being maximized larger then our warehouse can sufficiently stock, we may provide future facilities to maintain adequate performance of the contract. In regards to Jordan and Turkey we can sufficiently transport our product to these locations on our trucks utilizing common commercial routes, or through military convoy through Iraq, and whichever is required or recommended by the contracting office. Border Customs is not a problem since we are well versed on the procedures through Saudi, Jordan, Lebanon, Syria, and into Turkey by Bayans, commercial customs, military customs, and agents required, but utilizing military convoys in Iraq offer a more secure route to the military installation.

Seraphim Transport understand the product sizing requirements and is knowledgeable is the packing procedures, and we understand the proper sizes of 0.5 liter and 1.5 liter packaging, and what is required to ensure proper storage and delivery according to military transportation.

Seraphim Transport will discuss our procedures for the Transportation of the product, the Storage of the product, and the Delivery of the product to maximize the total performance of the contract for the USG.

Our Transportation is a key aspect to our overall performance, and to support an operation such as this that require satellite tracking ability, high level maintenance facilities, secure site with surveillance and cameras, security. Our operation will maintain 2004/2005 Tractor Heads and 2004/2005 Flatbed Trailers and all trucks will be equipped with "**Star Diagnosis**" and "**Fleet Board**" GPS- Maintenance Monitoring Programs. Therefore offering a means of communication with the driver, and the complete program as discussed in Part-2, and in the attached Fleet Board Information.

Our trucks will pick-up the approved product from the Vendors manufacturing plant and deliver to our warehouse facility in Al-Rai, Kuwait, and then will be placarded by Mfr. Date, Delivery Date, and Production Number for Line-of-Sight easy viewing. All products will also be entered into the WMS (Warehouse Management System) for computer guidance of the Forklift and Mobile Racking Systems inventory program that keep live updates for IR (Infrared) operations of the Forklifts and placement of the racks for loading and unloading. Since the product is not required to be cold refrigerated, we can maintain a cool climate to maintain required temperature for product safety and long-term storage if required, and prevent heat exchanges in the water product.

As discussed in Part-6, the warehouse is a new State-of-the-Art facility, and can maintain -40 degrees if required, and boasts storage of 44,000 Cubic Meters which translate to 24,000 standard pallets of product in multiple temperature controls rooms with conveyor systems to aide in loading and unloading procedures, and eliminating all the forklift movement that is common in most facilities. Since the warehouse is designed for large fast moving operations, the loading and unloading can be simultaneous due to the conveyor system.

Loading of all cargo will be conducted on the night shift for next day convoys where the weather is cooler, even in summer months, and outside loading can be easily facilitated even though there is 15-Truck doors with Hydraulic-Electric ramps, the water positioning must be done from the side to prevent breaking the wood pallets. The parking facility is designed for truck operations, and the use of conveyors, dock forklifts, and ground forklifts will simplify and expedite the loading procedure.

Delivery procedures are normal for most operations, or at least our procedures that have a proven success rate at the Abdally Border (Navistar), and with a current office still in operational condition we can function to provide all necessary manifest and documentation with our staff for any problems to include minor maintenance issues as they occur. Our office was one of the only 24-hour operations besides the KBR operation, and we were approved by the Arifjan Trans Group and the Navistar Base Commander to operate a facility inside the compound. This office is the last remedy station to assist the convoys in any difficulty, and our presence is appreciated by all concerned organizations and Convoy Commanders due to our efficiency.

Deliveries will include proper training with the drivers and drivers coordinators in the convoy of documentation, signatures, proper invoice issuance to customers, and represent our company as a QC personnel to question if there is any unresolved problems, or comments of our service. All our employees and drivers will be trained in proper conversations, and prevent any negative feedback (complaints) from being generated due to poor delivery abilities.

Furthermore, Seraphim Transport will utilize the proper quantities of projected water sizes to meet an anticipated ordering practice, and control inventory of small (0.5) bottles to prevent expiration if quantities are not properly ordered. Through past water BPA contracts we see a average consumption of 16,000 cases per day in Kuwait and Iraq, but as shown in Part-6, our facility can maintain enough stock for 40-50 days, therefore or capabilities will meet the requirement of the normal quantities. All the historical inventories of Camp Doha is in our managements knowledge due to our daily activity in these operations, and the contingency planning for Camp Doha & Camp Arifjan, so experience is in our skills and abilities.

We understand the total IDIQ BPA for Iraq is not completed, and we would like to be an active participant in this planning if we are a successful award, due to our knowledge and expertise is desired to ensure proper performance of this contract and contingency planning. We will ensure by telephone, facsimile, or e-mail proper customer orders are achieved by only authorized appointed individuals, and at all times will ask for an e-mail confirmation to any verbal conversation if at all possible. The normal pallet of 1.5 liter has 70 cases, and the 0.5 liter has 105 cases (average), with a total of 20-pallets per truck, or 1400 cases (1.5) & 2100 cases (0.5) per load. We are also well versed on the packaging, marking, wrapping, storing, and shipment of water since our managers were effective in these daily operations during our tenures on Camp Doha since 2000, and during all planning and operations of Enduring Freedom & Iraqi Freedom through DOL, ITO and the Installation Service Department for all contingency operations. If emergency Air Operations were needed to be performed, we are trained and have many years in 463L pallet building, and managed the Pallet and Net monitoring program on Camp Doha.

Normally to prevent damage to water it is "Pyramid" stacked for weight distribution, but in our warehouse the racking system is designed for 7-meter high storage in individual locations. On our trucks we will utilize either Aluminum or PVC angle bars to hold the waters solid while using 10,000 pound cargo straps to secure the loads. In some case we may even utilize side boards when available as extra support to the straps.

Seraphim Transport as a professional contractor for this Water BPA, and is ready to mobilize in this effort to provide efficient, timely, professional, and experienced warehousing and transportation.

Seraphim Transport has evaluated the pricing based on compliance factors, and has determined there is a sincerity of large success for this Water BPA under current conditions, whereas we can offer professional services, expedited delivery, abundance of warehousing to meet contractual requirements, and US Staff to assure the USG has the proper personnel that understand the missions, and goals of the United States.

Here is our best operational pricing Seraphim Transport can offer to produce Accurate Accountability, Satellite Tracking, Professional Truck Operations, Consistent Invoicing, and the integrity of United States personnel employed for the U.S. Army Contract.

Pricing is based on a "Per Case" delivery ratio to meet the facts included in this Quotation Proposal.

**USD $ 5.75 per case delivered.**

Review our total capability in Part-6, Warehousing, to calculate our pricing and warehouse capacity to ensure the sufficient contract requirements are being met as calculations for delivery orders, and IDIQ quantities are based. The sufficient equipment liability and warehousing to perform this contract to a successful and professional manner, and we are confident Seraphim Transport has provided evidence in this quotation.

In our Standard Operating Procedure (SOP) we have a section for Quality Control of 7-pages, and a section for Safety of 16-pages, and here we will briefly describe some of the content in condensed form to eliminate unnecessary pages in this proposal.

Quality Control SOP

In the QC SOP we have headings of: Purpose, Scope, Responsibilities, Quality Control, General, Procedures/Instructions, Preventive Actions, Office of Primary Responsibility, Attachments, Disposition of Records, and Signature & Approval.

Under these Headings we have sub-information such as: Management Quality Control (MQC), Quality Control (QC), Managers and Supervisors, Root Cause Analysis (RCA), Corrective Action, Containment/Quick Fix, Preventive Action, Category-1 Nonconformity, Category-2 Nonconformity, Corrective Action reports (CAR), CAR Verification, CAR Due Dates, and approvals.

In each of these sections are explicit explanations of responsibility, preventive measures, corrective actions and reporting procedures. This is years of Federal and Military contracting that aided our company into compliance with most USG practices, and very few Non-American companies understand these procedures and practices unless they have actually been behind the pen of this type of procedures and regulatory documentation. The management of Seraphim Transport is well versed in the daily procedures of such documentation, and uses it efficiently in our operations.

Safety SOP

In our Safety SOP we have a lot more circumstantial documentation due to the Transportation Industry, and the multi-faceted operations involved with equipment, vehicles, inspections, training, medical requirements, CONUS and OCONUS standards, Host Nation Regulation, and enforcement.

Our base heading in the Safety SOP are: Purpose, Scope, Responsibilities, Explanation, Procedures/Instructions, Office of Primary Responsibility, Attachments, Signature, and Reference to Host Nation, and Labor Laws.

In each of these sections are in-depth explanations, documentation, and review materials under categories such as: Managers and Supervisors, Employees, Safety Representatives, Policies, Content, Monthly safety Inspections, Vehicle Safety Program, Safety Procedures for Eye and Face Protection, Personal Protective Clothing, Safety Procedures for Head Protection, Safety Procedures for Foot Protection, Safety Procedures for Manual Material Handling, Safety Procedures for Mechanical Handling/Lifting Equipment, Procedures for Office Safety, Procedures for Fire Prevention, Safety Procedures for Using Ladders, Safety Procedures for Tall Structure Operations, and approvals.

This condensed information merges both USG policies & environmental issues and Host Nation policies too ensure compliance in contracting, so it is a simple selection of Seraphim Transport to perform your contract requirements and maintain stability in all your procedures and demands from local installations to your customer's delivery.

Proposed Water Quality Control Plan

- All water will be delivered on wooden pallets wrapped in 3 to 5 layers of shrink-wrap plastic. The top layer of water on the pallet will have tape around it.

- All water will be downloaded on the ground from the vendors trucks straight into a secure warehouse (K-9 Dogs will sniff each pallet before storage providing government provided service is required)

- Small .5 bottles and Large 1.5 water will be storage in separate chambers/locations for inventory purposes. This makes easy accountability during inventory.

- Water will be counted by cases on a Pallet to ensure the delivered amount matches invoices and each invoice number must be different, results given to the Customer Service office to be added to stockage. (Any discrepancies will be reported to drivers first then management) invoice will be signed and file for record.

- Each case will be checked to ensure the production date; time of production and expiration date is printed on the boxes.

- The water will be placed in the storage racks by delivery dates. All water will be issued by first in first out (FIFO) system. At the end of each row of racks/water a placard will be taped listing this information prod date, expire date and delivery date.

- Weekly warehouse inspection will be conducted to ensure the warehouse floors stay dirt and dust free and broken wooden pieces from the pallets. Any pallet broken will be replaced. Rodent traps will strategy placed inside the warehouse. All box check to ensure each box is sealed. Building checked for leaks during rainy season. The climate inside of the warehouse controlled. Emergency contact numbers will placed on each warehouse door listing Primary and Alternative POC phone numbers

- Monthly Inventory will conducted to ensure correct on hand balances and results recorded forward to COR

- The warehouse will be locked and a security guard outside checking access roster. Keys will be signed in and out daily on a log sheet.

- Water for delivery will be loaded of trucks and each pallet of water secured with a strap. Straps will be tie off so excess strap won't be hanging down. Each truck will be checked against delivery note before being release to customers. POC listing with telephones numbers, building numbers, quantity to be delivery at each location will be received from an Army representative one day prior to delivery and it will accompany each driver.

- Each truck delivery inside of Kuwait will have 20 each pallets load tight enough not to hang over the back of the truck. If delivery in Iraq 18 each pallet ( according to normal deliveries, but COR can make determination) will be loaded this allows space so water won't bounces off the trucks and rails will be placed along the outside top of the pallets to support the straps around the water, and prevents the strap from crushing the boxes.

- Weekly excel spreadsheet will be developed to show how much water received and how much water issued for each type water 1.5 and .5 and the on hand balance. Monthly report also will be given the Army Contracting Officer

Inspection of Water received

- All water was sniffed by K9 dogs before being loaded inside the warehouse if government requires this in a commercial contractor facility.

- Stored water will be kept in a secured warehouse with limited personnel with access, and 24-hours security on the building. The security guards will record hourly checks of warehouse buildings to ensure no security breech.

- One bottle per production date can be tested by CSA Safety and Environmental Office as required by the COR.

- The bottle was marked with a permanent marker with delivery date and turned in within 24 hours after receipt.

- The new water will not be issued until a good test result on paper is received from the Safety and Environmental Office. The paper results will list the company in which the water came from, the size of the water bottle and what test results "It safe for Human consumption". This paper will be filed for record.

- All wooden pallets will be checked to ensure they are not broken

- All pallets of water received will have plastic shrink-wrap around them.

- All pallets of water received will have cardboard on top of the water wrapped inside the shrink-wrap.

- All boxes sealed closed, all pallets will have the same amount of water per pallet. If half pallets stored separately until fill pallet can be made by warehouse personnel.

- Will used 10-Rails in angle shape, and each one is approx. 96" long, with five on each side of the truck for securing procedures. The rails will support the straps, and allows you to tighten the straps without crushing the boxes.

Seraphim Transport has provided sufficient information for the USG for consideration from experience, equipment capacity, performance factors, qualified staffing, war time experience, USA management, procedure understanding, site and dispatching requirements, warehouse capabilities, proper DoD regulation understanding and application, past and previous military contracting experience, and having primarily Disabled and War Veterans in our employ to provide a professional operation in the region.

Seraphim Transport is prepared for this contract, and to negotiate with contracting officials in regards to major BPA agreements and ordering plans, some of the most highly qualified professional management in Kuwait is part of the Seraphim Transport Team, and most are known by their great success on Camp Doha, and of the Heavy Lift-3 & 4 Transportation contracts where we were rated as "Excellent" by U.S. Army Contracting Officials for performance and Management as Transporters for the U.S. Army in Kuwait and Iraq, and a honor we deem privileged to uphold.

The Price, Warehousing, Equipment available to perform, Management, USG Ratings, In-Transit visibility, compliance in Environmental and Safety policies, and Military Experience. Seraphim Transport can perform this contract requirement and maintain stability, enforce regulatory procedures, monitor QC and Safety throughout the service of the contract, and represent our company to your customers in a professional respectful manner they deserve in this environment and climate.