# In The United States Court of Federal Claims

| | | |
|---|---|---|
| **Seraphin Transport Co.**<br>Plaintiff,<br>vs.<br>**The United States**<br>Defendant | ) | Case No. 07-359C<br>Judge Francis M. Allegra |

## Order

This matter came before the court upon Plaintiff's Motion for Leave to File Sur-Reply Memorandum, and it appearing that good cause exists for such motion;

IT IS THEREFORE ORDERED, that the motion be, and it is, hereby GRANTED. Plaintiff shall have until ______________________ to file a Sur-Reply Memorandum in opposition to the Government's Motion to Dismiss.

Dated: _______________

________________________________
The Honorable Judge Francis M. Allegra

Copies to:

Michael J. Trevelline, mjt@mjtlegal.com

Ellen Mary Lynch, ellen.lynch@usdoj.gov