IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERAPHIM TRANSPORT COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-359C |
| | ) | (Judge Francis M. Allegra) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO FILE A SURREPLY

Defendant, the United States, respectfully requests that this Court allow it to file a surreply to Plantiff's Surreply to Defendant's Motion to Dismiss. Defendant's counsel has contacted plaintiff's counsel about this surreply, and he does not oppose this motion.

On October 5, 2007, the Government filed its motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted. On November 2, 2007, plaintiff filed his response to the Government's motion. On November 19, 2007, the Government filed its reply brief. On December 5, 2007, plaintiff filed a motion for leave to file a surreply, which the Court granted on December 10, 2007. Plaintiff filed its surreply on December 10, 2007.

Because the moving party usually files the last brief in a dispositive motion, the Government respectfully seeks permission to file a surreply to plaintiff's surreply to our motion to dismiss. We ask for fifteen days, to and including January 7, 2008, to file this surreply.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

/s/Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tel: (202) 353-7994
Fax: (202) 514-8624

December 20, 2007

Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 20th day of December, 2007, a copy of "Defendant's Unopposed Motion To File A Surreply" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Ellen M. Lynch
Ellen M. Lynch