# In The United States Court of Federal Claims

No. 07-359C

(Filed: July 3, 2008)

SERAPHIM TRANSPORT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

The oral argument on defendant's motion to dismiss that was originally scheduled for July 28, 2008, has been rescheduled for Tuesday, August 5, 2008, at 10:00 a.m. (EDT), at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge