# In The United States Court of Federal Claims

No. 07-359C

(Filed: August 1, 2008)

SERAPHIM TRANSPORT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The oral argument on defendant's motion to dismiss is scheduled for Tuesday, August 5, 2008, at 10:00 a.m. (EDT), at the United States Court of Federal Claims. At this argument, the parties shall be prepared to discuss whether plaintiff should be allowed to amend its complaint to add allegations relating to the alleged solicitation of a bribe by Army contracting officers, or other allegations relating to the criminal case against John Cockerham in the Western District of Texas.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge