# In The United States Court of Federal Claims

No. 07-359C

(Filed: August 6, 2008)

SERAPHIM TRANSPORT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On Tuesday, August 5, 2008, the court held oral argument on defendant's motion to dismiss. Participating at the oral argument were Michael J. Trevelline for plaintiff, and Ellen Mary Lynch for defendant. For the reasons given at oral argument, the court hereby **DENIES** defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge