# In The United States Court of Federal Claims

No. 07-359C

(Filed: August 6, 2008)

SERAPHIM TRANSPORT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On Tuesday, August 5, 2008, the court held oral argument on defendant's motion to dismiss. For the reasons given at oral argument, the court hereby strikes attachments 1 and 2 to defendant's motion to dismiss, and attachment 1 to plaintiff's response to defendant's motion to dismiss.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge