# In The United States Court of Federal Claims

No. 07-359C

(Filed: August 6, 2008)

SERAPHIM TRANSPORT COMPANY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On Tuesday, August 5, 2008, the court held oral argument on defendant's motion to dismiss. As agreed upon at oral argument, the court hereby orders that, on or before September 5, 2008:

1. The parties shall file a joint status report setting forth a discovery schedule for this case; and

2. Plaintiff shall file its motion to amend the complaint.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge