IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERAPHIM TRANSPORT CO., v. USA | ) | |
| | ) | |
| Plaintiff, | ) | No. 359 |
| v. | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert E. Chandler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12002
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/ Robert E. Chandler

Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
TEL.: (202) 514-4678
FAX: (202) 514-8624
E-mail: Robert.Chandler@usdoj.gov

Dated: August 25, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 25th day of August 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler