# In The United States Court of Federal Claims

| | |
|---|---|
| **Seraphin Transport Co.**<br><br>Plaintiff,<br><br>vs.<br><br>**The United States**<br><br>Defendant | Case No. 07-359C<br>Judge Francis M. Allegra |

## Order

This matter came before this court upon Plaintiff's Motion for Leave to File Amended Complaint and it appearing that good case exists to grant such motion;

**IT IS THEREFORE ORDERED**, that the Motion for Leave to File Amended Complaint be, and it is, hereby GRANTED.

The Defendant shall have ten (10) days from reception of this order to answer the amended complaint.

The amendments shall relate back to the day of the original pleading.

DATED: ___________________

___________________________________
The Honorable **Judge Francis M. Allegra**

Copies to:

Michael J. Trevelline
mjt@mjtlegal.com

Robert E. Chandler
Robert.Chandler@usdoj.gov