# In The United States Court of Federal Claims

| | |
|---|---|
| **Seraphin Transport Co.**<br>Plaintiff,<br>vs.<br>**The United States**<br>Defendant | Case No. 07-359C<br>Judge Francis M. Allegra |

## Plaintiff's Preliminary Status Report Setting Forth Discovery Schedule

In compliance with the Court's Order of 6 August 2008, Plaintiff Seraphim submits this Preliminary Status Report and proposed Discovery Schedule.

Seraphim attempted to work out a joint report with the Government as the Court directed. However, the Government indicated that it would be seeking a stay to the litigation and so believes a status report and schedule would be moot. Seraphim will be filing an opposition to the Government's motion to stay.

## Proposed Discovery Schedule

Seraphim proposes to the Court that this matter be governed by this proposed discovery schedule

| | |
|---|---|
| Expert disclosures under Rule 26(a)(2)(C) | December 14, 2008 |
| Complete all discovery including experts | January 30, 2009 |

| | |
|---|---|
| File all pretrial motions | February 30, 2009 |
| Conduct Mandatory Settlement Conference | May 14, 2009 at 2:00 p.m. |
| Confidential settlement briefs due directly to chambers | May 9, 2009 |
| Pretrial Disclosure Requirements | June 14, 2009 |
| Proposed Final Pretrial Conference Order due | June 28, 2009 |
| Final Pretrial Conference before Judge Allegra | July 5, 2009 at 4:00 p.m. |

Respectfully submitted,

Dated: _5 September 2008_ Signed: __s/Michael Trevelline______________

Michael J. Trevelline, DC Bar # 437454
Address: 1823 Jefferson Place, NW
Washington, DC 20036-2504
Telephone:(202) 737-1139/Fax: (202) 775-1118
Email: mjt@mjtlegal.com
Attorney for **Plaintiff Seraphim Transport Co.**

## Certificate of Filing

I hereby certify that on this **_5th_** day of **_September, 2008._** a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__s/Michael Trevelline__________