IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SERAPHIN TRANSPORT CO.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 07-359C<br>Judge Francis M. Allegra |

DECLARATION OF IN SUPPORT OF CONTINUING THE STAY

Comes now, the United States of America, by and through the undersigned attorney, William M. Welch II, Chief, Public Integrity Section, Criminal Division, United States Department of Justice, and declare:

1. I am William M. Welch II, Chief, Public Integrity Section, United States Department of Justice. I have supervised trial attorneys from the Public Integrity Section who have been assigned to investigate and prosecute allegations of criminal misconduct by American citizens in Iraq and Kuwaitt. In conjunction with trial attorneys in the Antitrust Division, and federal agents from the Army, the Department of Defense, the Federal Bureau of Investigation, Internal Revenue Service, Department of Homeland Security, and the Special Inspector General of Iraq Reconstruction, we have conducted a long-running investigation into corruption and contract illegalities at Camp Arifjan, Kuwait. This investigation encompasses dozens of individuals and companies suspected of giving and receiving bribes, rigging bids, and laundering the proceeds of their illegal activity.

2. On January 31, 2008, in the case of United States v. Cockerham et al., 07-CR-511 before the Honorable W. Royal Furgeson, United States District Court Judge, Western District of

Texas, San Antonio Division, Major John Cockerham and Melissa Cockerham signed guilty pleas and agreed to cooperate with the ongoing investigation into corruption occurring in Kuwait and Iraq. John Cockerham pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371; one count of bribery, in violation of 18 U.S.C. § 201(b); and one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). Melissa Cockerham pled guilty to one count of money laundering conspiracy, in violation of 18 U.S.C. § 1956(h). Carolyn Blake, Cockerham's sister and co-defendant, maintains her innocence and is scheduled to begin trial in the Western District of Texas on October 27, 2008.

3. On August 13, 2008, in the case of United States v. James Momon, 08-CR-00187, assigned to the Honorable Emmet G. Sullivan, United States District Court Judge, District of Columbia, Major James Momon entered guilty pleas and agreed to cooperate with the ongoing investigation into corruption occurring in Kuwait and Iraq. Momon pled guilty to one count of conspiracy, in violation of 18 U.S.C. § 371; and two counts of bribery, in violation of 18 U.S.C. § 201(b).

4. The criminal investigation continues as to Seraphin Transport and numerous other subjects who may have given money or other things of value to Major Cockerham, Major James Momon, and others, or assisted those individuals in their criminal activity.

5. It is unclear as to when the criminal investigations involving the company and other potential subjects will conclude. We will continue to keep the Department's Civil Division

apprised of the criminal court's scheduling of these matters.

Respectfully submitted,

Dated: 8/12/08

William M. Welch II

WILLIAM M. WELCH II
Chief
Public Integrity Section, Criminal Division
United States Department of Justice
14th and New York Avenue, NW
Suite 12100
Washington, D.C. 20005