# In The United States Court of Federal Claims

No.  07-359C

(Filed:  December 9, 2008)
_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On September 5, 2008, defendant filed a motion to stay proceedings.  The court has reviewed the motion, plaintiff's response, and defendant's *en camera* declaration on the current status of the criminal investigation associated with this case.  Accordingly:

1.      Defendant's motion to stay is **GRANTED** and proceedings in this case are hereby **STAYED**;

2.      Defendant shall file a status report regarding the criminal investigation (sealed or *en camera*, as necessary) on or before February 3, 2009, with a subsequent report to follow every 56 days thereafter for the duration of the stay; and

3.      Both parties are reminded of their duty to preserve evidence relevant to this case, and the consequences of failing to do so.  *See United Medical Supply Co., Inc. v. United States*, 77 Fed. Cl. 257, 263-77 (2007).

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge