# In The United States Court of Federal Claims

No. 07-359C

(Filed: April 17, 2009)
_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On December 9, 2008, the court issued an order staying this case and requiring defendant to file a status report regarding the criminal investigation (sealed or *en camera*, as necessary) on or before February 3, 2009, with a subsequent report to follow every 56 days thereafter for the duration of the stay. A report under this order was due on April 3, 2009. No report was filed. After the deadline was missed, chambers contacted defendant and received assurances that the status report would be submitted with a motion for leave to file out of time. To date, neither has been received. Accordingly:

1. If defendant's sealed or *en camera* status report regarding the criminal investigation and a motion for leave to file out of time are not received by April 21, 2009, the court will issue a show cause order requiring defendant to explain why sanctions should not be imposed.

2. For this filing and in the future, defendant shall file an electronic notice of filing each time it submits an *en camera* status report in this case.

3. Nothing in this order shall be construed as affecting defendant's obligation to file a status report regarding the criminal investigation, sealed or *en camera,* every 56 days for the duration of the stay.

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge