# In The United States Court of Federal Claims

No. 07-359C

(Filed: May 5, 2009)
_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 21, 2009, defendant filed a motion requesting that the stay of proceedings in this case be lifted. In the parties' joint discovery plan, filed April 24, 2009, plaintiff indicated it does not oppose defendant's motion. Accordingly, consistent with the plan proposed by the parties:

1. Defendant's motion is **GRANTED** and the court hereby lifts the stay of proceedings in this case;

2. On or before June 23, 2009, defendant shall file its response to plaintiff's second amended complaint;

3. On or before July 23, 2009, the parties shall file a joint preliminary status report;

4. On or before August 24, 2009, the parties shall exchange their initial discovery disclosures;

5. On or before August 9, 2010, discovery shall be completed; and

6. On or before August 23, 2010, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge