# In The United States Court of Federal Claims

No. 07-359C

(Filed: May 14, 2010)

_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On May 13, 2010, plaintiff filed a motion to extend the discovery deadline in this case by 120 days. On or before May 21, 2010, defendant shall file a response to plaintiff's motion, providing a detailed explanation of its efforts thus far to complete discovery in this case.

    **IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge