# In The United States Court of Federal Claims

No. 07-359C

(Filed: May 24, 2010)

_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Wednesday, June 2, 2010, at 10:00 a.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time. All further briefing of plaintiff's motion to compel is stayed until further order.

    **IT IS SO ORDERED.**

                                             s/ Francis M. Allegra
                                             Francis M. Allegra
                                             Judge