# In The United States Court of Federal Claims

No. 07-359C

(Filed: June 3, 2010)

_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On June 2, 2010, a telephonic status conference was held in this case.  Participating in the conference were Michael Trevelline, for plaintiff, and Robert Bigler, for defendant.  Based on discussions during the conference, it was agreed that:

1. Defendant shall produce documents in the categories previously requested as to all United States Army Camp Arifjan contracts for bottled water, and calls thereunder, for which Major Cockerham and/or Major Momon was the contracting officer;

2. Defendant shall produce documents in the categories previously requested as to all Camp Arifjan contracts for bottled water, and calls thereunder, entered into between the United States Army and the "co-conspirator contractors" referenced in the Momon and Cockerham plea agreement documents;

3. Any privilege issues as to the aforementioned documents shall be resolved under the parties' existing clawback agreement and RCFC 26(b)(5)(B);

4. On or before August 2, 2010, the parties shall file a joint status report indicating how discovery is progressing;

5. On or before December 7, 2010, discovery shall be completed;

6. On or before December 21, 2010, the parties shall file a joint status report indicating how this case should proceed; and

7. Briefing on plaintiff's motion to compel is stayed until further order.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge