# In The United States Court of Federal Claims

No. 07-359C

(Filed: August 3, 2010)

_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On August 2, 2010, the parties filed a status report as to how discovery is progressing. Based on the parties' statements in the report, the court orders the following:

1. All further briefing on plaintiff's motion for summary judgment is hereby **STAYED** until further order;

2. On or before August 20, 2010, defendant shall produce the documents listed in ¶¶ 1-2 of this court's June 3, 2010, order; and

3. On or before September 3, 2010, the parties shall file a joint status report indicating how discovery is progressing.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge