# In The United States Court of Federal Claims

No. 07-359C

(Filed: September 14, 2010)
_____

SERAPHIM TRANSPORT COMPANY,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On August 3, 2010, the parties filed their joint status report. Based on the review of the parties' joint status report, the court orders the following:

1. On or before October 11, 2010, and every 28 days thereafter, the parties shall file a joint status report indicating how discovery is progressing. The joint status report should include updates on the following:

    a. The parties shall inform the court as to whether the parties have concluded discovery on all issues pertaining to plaintiff's motion for summary judgment and defendant's likely cross-motion for summary judgment; and

    b. If the parties have not concluded discovery, the parties shall indicate the date discovery will conclude with respect to issues implicated in plaintiff's motion for summary judgment and defendant's likely cross-motion for summary judgment.

2. All further briefings on plaintiff's motion for summary judgment are **STAYED** until discovery concludes on all issues pertaining to plaintiff's motion for summary judgment and defendant's likely cross-motion for summary judgment.

3. If the parties wish to pursue a phased discovery plan, the parties may include a proposed phased discovery plan in their next joint status report.

**IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge