# In The United States Court of Federal Claims

No. 07-359C

(Filed: October 13, 2010)
_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

       v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On June 3, 2010, the court issued an order requiring parties to complete discovery on or before December 7, 2010. On September 28, 2010, plaintiff filed a Motion to Extend Discovery and to Extend Time to Designate an Expert. On October 8, 2010, defendant informed the court that it did not oppose plaintiff's motion. Based on a review of these filings, plaintiff's motion is hereby **GRANTED**. Accordingly:

1. On or before February 25, 2011, discovery shall be completed; and

2. On or before March 11, 2011, the parties shall file a joint status report indicating how this case shall proceed.

**IT IS SO ORDERED.**

                                         s/ Francis M. Allegra
                                         Francis M. Allegra
                                         Judge