# In The United States Court of Federal Claims

No. 07-359C

(Filed: October 21, 2010)

_____

SERAPHIM TRANSPORT COMPANY,

                 Plaintiff,

        v.

THE UNITED STATES,

                 Defendant.

_____

**ORDER**

_____

On October 20, 2010, defendant filed its unopposed motion to take a deposition in prison. The court hereby **GRANTS** defendant leave to take the deposition of Mr. John Cockerham, Federal Inmate Number 97305-180 at the Federal Correctional Institution La Tuna at El Paso, Texas.

**IT IS SO ORDERED.**

                                                        s/ Francis M. Allegra
                                                        Francis M. Allegra
                                                        Judge