# In The United States Court of Federal Claims

No. 07-359C

(Filed: December 21, 2010)
_____

SERAPHIM TRANSPORT COMPANY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

On November 30, 2010, plaintiff filed a motion to take a deposition in prison. Defendant has not filed any opposition to this motion. The court hereby **GRANTS** defendant leave to take the deposition of Mr. John Cockerham, Federal Inmate Number 97305-180 at the Federal Correctional Institution La Tuna at El Paso, Texas.

    **IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge