# In The United States Court of Federal Claims

No. 07-359C

(Filed: January 6, 2010)

_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 4, 2011, plaintiff filed a consent motion for order allowing prisoner Cockerham deposition to be by video. Although under RCFC 30(b)(3) the party who requests the deposition may choose the method of recording the testimony, in an abundance of caution the court hereby **GRANTS** plaintiff leave to take the deposition of Mr. John Cockerham Federal Inmate Number 97305-180 at the Federal Correctional Institution La Tuna at El Paso, Texas by video.

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra  
                                                          Francis M. Allegra  
                                                           Judge