# In The United States Court of Federal Claims

No. 07-359C

(Filed: January 14, 2011)
_____

SERAPHIM TRANSPORT COMPANY,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**
_____

On December 18, 2010, plaintiff disclosed its expert report. On January 12, 2011, defendant filed a motion for enlargement of time to disclose its expert report. Based on a review of these filings defendant's motion is hereby **GRANTED**. Accordingly:

1. On or before February 25, 2011, fact discovery shall be completed;

2. On or before March 4, 2011, defendant shall disclose its expert report;

3. On or before, April 4, 2011, expert discovery shall close; and

4. On or before April 18, 2011, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge