# In The United States Court of Federal Claims

No. 07-359C

(Filed: February 16, 2011)
_____

SERAPHIM TRANSPORT COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

On February 15, 2011, defendant filed a motion for a protective order and request for expedited consideration. On or before February 18, 2011, plaintiff shall file its response.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge