# In The United States Court of Federal Claims

No. 07-359C

(Filed: March 9, 2011)
_____

SERAPHIM TRANSPORT COMPANY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A status conference that was originally scheduled for by telephone on Thursday, March 10, 2011, at 10:00 a.m. (EST) will be held at the at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the conference.

      **IT IS SO ORDERED.**


                                                                        s/ Francis M. Allegra
                                                                       Francis M. Allegra
                                                                        Judge