# In The United States Court of Federal Claims

No. 07-359C

(Filed: April 14, 2011)

_____

SERAPHIM TRANSPORT COMPANY,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On March 10, 2011, a hearing was held to resolve defendant's motion for a protective order. Participating in the conference were Michael Trevelline, for plaintiff, and Lartesase Tiffith, for defendant. Defendant's motion is **GRANTED**, in part, and **DENIED**, in part. Specifically:

1. Plaintiff shall re-serve its 30(b)(6) deposition notice related to the Army's interpretation of various FAR provisions, provided that the notice includes a temporal limitation (record reflects that this has already been accomplished);

2. Issues related to plaintiff's request for gross water purchase and production documentation are moot on account of the agreement between the parties; and

3. In all other respects, defendant's February 15, 2011, motion for a protective order is **DENIED**.

**IT IS SO ORDERED.**

                                                                    s/ Francis M. Allegra
                                                                      Francis M. Allegra
                                                                       Judge