# In The United States Court of Federal Claims

No. 07-359C

(Filed: May 13, 2011)

_____

SERAPHIM TRANSPORT COMPANY,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

On May 10, 2011, defendant filed its third motion for an extension of time to complete discovery. While the court understands some of the difficulties associated with this case, the parties have had more than two years to complete discovery in this matter – the court issued its initial discovery scheduling order on May 5, 2009. Defendant's motion is **GRANTED**, in part, and **DENIED**, in part. Accordingly:

1. On or before August 26, 2011, the parties shall complete fact discovery;

2. On or before October 5, 2011, the parties shall complete expert discovery; and

3. On or before October 13, 2011, the parties shall file a joint status report indicating how this case should proceed.

**No further enlargements of these deadlines will be granted, and the court expects the parties to ensure that these deadlines are met.**

**IT IS SO ORDERED.**

                                                          s/ Francis M. Allegra
                                                          Francis M. Allegra
                                                           Judge