# In The United States Court of Federal Claims

No. 07-359C

(Filed: July 21, 2011)
_____

SERAPHIM TRANSPORT COMPANY,

            Plaintiff,

v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**
_____

      On July 13, 2011, plaintiff filed a consent motion to depose Derrick Shoemake.  On or before July 28, 2011, defendant shall file a response to the motion providing its specific views regarding the appropriate logistics and timeframe for taking this deposition.

      **IT IS SO ORDERED.**

                                                       s/ Francis M. Allegra
                                                       Francis M. Allegra
                                                       Judge