# In The United States Court of Federal Claims

No. 7-359C

(Filed:  September 6, 2011)
_____

SERAPHIM TRANSPORT CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.
_____

### ORDER
_____

Today, plaintiff filed a third motion to compel discovery filed electronically, to which were attached 19 separate Adobe PDF files.  The motion is hereby **stricken**, as it does not comply with RCFC appendix E, ¶ 9(b) electronic filing requirements.  On or before September 7, 2011, plaintiff shall refile the third motion to compel discovery, combining the contents of each Adobe PDF file so as to minimize the total number of attachments filed (while keeping within the 5 megabyte maximum file size requirement).

    **IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge