# In The United States Court of Federal Claims

No. 7-359C

(Filed: October 7, 2011)

_____

SERAPHIM TRANSPORT CO.,

              Plaintiff,

   v.

THE UNITED STATES,

              Defendant.

_____

**ORDER**

_____

On August 26, 2011, fact discovery was closed in this case. On September 7, 2011, plaintiff filed a motion to compel discovery. That motion is untimely and is hereby **DENIED**.

    **IT IS SO ORDERED.**

                                    s/ Francis M. Allegra  
                                    Francis M. Allegra  
                                    Judge