# In The United States Court of Federal Claims

No. 07-359C

(Filed: November 22, 2011)

_____

SERAPHIM TRANSPORT CO.,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 13, 2011, the parties filed a joint status report with a proposed briefing schedule for dispositive motions. The court hereby adopts the following schedule:

1. On or before January 27, 2012, defendant shall file its motion for summary judgment;

2. On or before March 12, 2012, plaintiff shall file its response to defendant's motion and its cross-motion for summary judgment;

3. On or before April 12, 2012, defendant shall file its reply in support of its dispositive motion and its response to the cross-motion; and

4. On or before May 2, 2012, plaintiff shall file its reply in support of its cross-motion.

**IT IS SO ORDERED.**

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge