# In The United States Court of Federal Claims

No. 07-359C

(Filed: March 12, 2013)

_____

SERAPHIM TRANSPORT CO.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on the parties' cross-motions for summary judgment will be held in this case on Tuesday, July 2, 2013, at 10:00 a.m. (EDT) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED**.

                                        s/ Francis M. Allegra
                                        Francis M. Allegra
                                        Judge