# In The United States Court of Federal Claims

No. 07-359C

(Filed: September 25, 2013)

_____

SERAPHIM TRANSPORT CO.,

    Plaintiff,

v.

THE UNITED STATES,

    Defendant.

_____

**ORDER**
_____

A telephonic status conference will be held in this case on Tuesday, October 1, 2013, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

    s/ Francis M. Allegra
    Francis M. Allegra
    Judge