# In The United States Court of Federal Claims

No. 07-359C

(Filed: October 1, 2013)

_____

SERAPHIM TRANSPORT CO.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**
_____

      Today, a telephonic status conference was held in this case. Participating in the conference were Michael Trevelline, for plaintiff, and Timothy McIlmail, for defendant. Based on the discussion, the court hereby orders:

1. On or before October 4, 2013, plaintiff shall file its response to defendant's counterclaims;

2. On or before November 1, 2013, the parties shall file a joint status report, indicating how this case should proceed with a proposed schedule, as appropriate; and

3. All other deadlines are hereby **STAYED** until further order.

**IT IS SO ORDERED**.

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge