# In The United States Court of Federal Claims

No. 07-359C

(Filed: October 22, 2013)

_____

SERAPHIM TRANSPORT CO.,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 1, 2013, this court ordered plaintiff to respond to defendant's counterclaim by October 4, 2013, and the parties to file a joint status report by November 1, 2013. All other deadlines were stayed. The stay is hereby **LIFTED.** Accordingly:

1. The parties' joint status report remains due on or before November 1, 2013; and

2. On or before November 4, 2013, defendant shall file its response to plaintiff's motion to dismiss defendant's counterclaims.

**IT IS SO ORDERED**.

                                              s/ Francis M. Allegra
                                              Francis M. Allegra
                                              Judge