Case 1:07-cv-00359-FMA   Document 187   Filed 10/29/13   Page 1 of 1

# In The United States Court of Federal Claims

No. 07-359C

(Filed: October 29, 2013)

_____

SERAPHIM TRANSPORT CO.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 29, 2013, the parties filed a joint status report with a proposed schedule. Accordingly,

1. On or before November 15, 2013, plaintiff shall file an answer to defendant's counterclaims;

2. On or before March 14, 2014, the parties shall complete discovery that is limited to defendant's counterclaims; and

3. On or before March 28, 2014, the parties shall file a joint status report indicating how this case should proceed.

**IT IS SO ORDERED**.

                                       s/ Francis M. Allegra
                                       Francis M. Allegra
                                       Judge